UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BOULE,<br><br>                 Plaintiff,<br><br>vs.<br><br>ERIK EGBERT and JANE DOE EGBERT<br>and their marital community,<br><br>               Defendants. | NO. 2:17-CV-00106-RSM<br><br><br>ORDER VACATING ORDER OF<br>DEFAULT |

Plaintiff having moved the Court for an order vacating the Order of Default, and the Court having reviewed the records and files herein, the Motion to Vacate Order of Default and the Declaration of Plaintiff's counsel, and being otherwise fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order of Default against Defendants ERIK EGBERT and JANE DOE EGBERT, be and the same is hereby VACATED.

SIGNED and ENTERED this 17th day of April, 2017.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER VACATING ORDER OF DEFAULT • Page 1

PRESENTED BY:

PAUKERT & TROPPMANN PLLC

s/ Breean L. Beggs, WSBA #20795
Breean L. Beggs, WSBA #20795

CASCADIA CROSS-BORDER LAW

s/ GREG BOOS, WSBA #8331
GREG BOOS, WSBA #8331

S/ W. SCOTT RAILTON, WSBA #28413
W. SCOTT RAILTON, WSBA #28413

Attorneys for Plaintiff

ORDER VACATING ORDER OF DEFAULT • Page 2

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
(509) 232-7760