UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT BOULE,

    Plaintiff,

v.

ERIK EGBERT and JANE DOE EGBERT
and their marital community,

    Defendants.

No. C17-106 RSM

STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DEADLINES

## STIPULATED MOTION

The parties jointly request that the Court extend by 30 days the deadlines for the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report and Discovery Plan outlined in the Court's May 1, 2017, Order (Dkt. # 9).

Service of process on a federal officer sued in an individual capacity requires service on the officer, the Attorney General's Office, and the local United States Attorney's Office. *See* FRCP 4(i). In this case, the last of these three steps was accomplished on April 19, 2016. (*See* Dkt. # 10-1.) As a result, Border Patrol Agent Erik Egbert's deadline to answer the Complaint is June 19. *See* FRCP 12(a)(3) (providing federal officers 60 days to answer).

The Initial Scheduling Order (Dkt. # 9), however, requires the parties to submit a Joint Status Report and Discovery Plan and exchange Initial Disclosures before Agent
STIPULATED MOTION AND ORDER TO EXTEND INITIAL
SCHEDULING DEADLINES (No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1 Egbert's Answer is due. The current schedule would also allow the parties to commence discovery before the Answer is filed.

Since Agent Egbert's Answer—which may contain counterclaims—will clarify the issues and help define the scope of necessary disclosures and discovery, it would be much more efficient to postpone the initial deadlines until after the Answer is due.

Accordingly, good cause having been shown, the parties request the Court extend the deadlines in the Initial Scheduling Order (Dkt. # 9) by 30 days as outlined below.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 5/30/2017 | 6/29/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) Due: | 6/5/2017 | 7/5/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) Due: | 6/12/2017 | 7/12/2017 |

DATED: May 18, 2017

//
//
//
//
//
//
//

STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DEADLINES (No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| PAUKERT & TROPPMANN, PLLC<br>Attorneys for Plaintiff | MILLS MEYERS SWARTLING P.S.<br>Attorneys for Agent Erik Egbert |
| By: *s/ Breean L. Beggs per 5/17/17*<br>*e-mail authority*<br>Breean L. Beggs, WSBA No. 20795<br>Paukert & Troppmann, PLLC<br>522 W Riverside Ave, Ste 560<br>Spokane, WA 99201<br>Telephone: (509) 232-7760<br>Fax: (509) 232-7762<br>E-mail: bbeggs@pt-law.com | By: *s/Nikki C. Carsley*<br>Geoffrey Grindeland, WSBA No. 35798<br>Nikki C. Carsley, WSBA No. 46650<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>ncarsley@millsmeyers.com |

# ORDER

Based on the foregoing stipulation, IT IS SO ORDERED this 18th day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND INITIAL
SCHEDULING DEADLINES (No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343