UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BOULE,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIK EGBERT, *et al.*,<br><br>                Defendants. | Case No. C17-106 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO FILE AMENDED COMPLAINT |

      THIS MATTER having come before the Court and the Court having considered Plaintiff's Unopposed Motion for Leave to Amend Complaint (Dkt. #19), the Declaration of Breean Beggs in Support of Plaintiff's motion and its exhibits, and the court files, it is hereby ordered that Plaintiff may file and serve an Amended Complaint that conforms with Exhibit A. to his motion.

      Dated this 1st day of September, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE