THE HONORABLE RICARDO S. MARTINEZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **ROBERT BOULE,**<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**DEFENDANT and JANE DOE EGBERT and their marital community,**<br><br>         **Defendants.** | NO.: 2:17-cv-00106-RSM<br><br>**PLAINTIFFS' AMENDED INITIAL DISCLOSURES PURSUANT TO F.R.C.P 26(a)(1)** |
| **DEFENDANT**<br><br>         **Counterclaimant,**<br><br>    v.<br><br>**ROBERT BOULE**<br><br>         **Counterdefendant.** | |

Pursuant to Fed. R. Civ. P. 26(a)(1), the Plaintiff amends his mandatory initial disclosures as set forth below.

Plaintiffs' Initial Disclosures • Page 1

EXHIBIT A

**CASCADIA CROSS-BORDER LAW**
1305 11th Street, Suite 301
Bellingham, WA 98225
Telephone: (360) 671-5945

## I. INDIVIDUALS WITH DISCOVERABLE INFORMATION

Plaintiff identifies the following individuals in addition to himself and the named individual defendants who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1. Tyler Morgan
   Special Agent, CBP Internal Affairs
   

   Work:
   Cell:

Special Agent Morgan will testify as to details concerning his investigation of Defendant Egbert.

2. Jason Surowiecki
   

Mr. Surowiecki was employed by Plaintiff. He was on Smugglers Inn premises at the time of the incident. He is a witness to the events leading to Defendant Egbert's assault on Plaintiff.

3. Josh VanderGrein
   

Josh VanderGrein was employed by Plaintiff. He was on Smugglers Inn premises at the time of the incident. He is a witness to the events leading to Defendant Egbert's assault on Plaintiff.

4. Jim Harber

Jim Harber is the insurance agent for policies covering Smugglers Inn and Plaintiff. Plaintiff contacted him in the days after being assaulted by Defendant Egbert to see if the policies covered medical costs incurred as a result of the assault.

5. Isabel Dermendziev
   Street Address Unknown
   

Isabel Dermendziev provided housekeeping services at Smugglers Inn. Border patrol agents subjected her to an ongoing campaign of harassment following Plaintiff's filing of a tort claim for damages

6. Donald Starr, CPA

Donald Starr was the CPA who represented Plaintiff Boule in a tax audit instigated as a direct result of Eric Egbert's contact with the US Internal Revenue Service (IRS). He is expected to have knowledge of comments relevant to this case made by the IRS agent conducting the audit.

7. Agent Anderson, Andersson, Andersen or Andersson
   Former Border Patrol Agent
   Contact information unknown

Agent Anderson was Eric Egbert's direct supervisor at the time of Egbert's assault on Robert Boule. He will have knowledge of events surrounding the assault

Plaintiffs' Initial Disclosures • Page 3

CASCADIA CROSS-BORDER LAW
1305 11th Street, Suite 301
Bellingham, WA 98225
Telephone: (360) 671-5945

and its aftermath. It is believed that Agent Anderson employment with Border Patrol has been terminated, in part due to activity related to his supervision of Defendant Egbert.

    8. Rachel Martinen
       Internal Revenue Service Agent
       Internal Revenue Service Office

    Ms. Martinen was the IRS agent who audited Plaintiff taxes it is believed this audit was instigated by Defendant Eric Egbert. At the time of the audit, Ms. Martinen had knowledge of aspects of Plaintiff's finances given to her by Defendant Eric Egbert.

    9. Special Agent Joshua Barnett, Homeland Security
       Address Particulars Unknown

    Special Agent Barnett was agent in charge of the case involving Jasmin Klair alluded to in Defendant Egbert's Anti-Slapp counterclaim. He will testify regarding that case and other pertinent matters.

    10. Isaac (last name unknown)
       Shannon Hansen
       Ian (last name unknown)
       Jake Black
       Address Particulars Unknown

    These persons may have knowledge related this case. Contact and other information will be supplemented at a later date.

    11. Michael Luna
       US Border Patrol



Michael Luna was a senior Border Patrol agent in the Blaine WA area. Defendant Egbert was under his command. Mr. Luna will testify regarding Defendant Egbert's activities while under his command. Mr. Luna will be asked to produce documents relating to Defendant Egbert.

12. Scott Henderson, Special Agent
    Social Security Administration/Office of the Inspector General/Office of Investigations



Cell:
Fax:

Mr. Henderson was the Social Security Agent who attempted an audit of Plaintiff's social security eligibility. It is believed this audit was instigated by actions admitted to by Defendant Eric Egbert.

13. Nathan Mattly
    Street Address Unknown

Mr. Mattly was an employee of Plaintiff. Border patrol agents subjected him to an ongoing campaign of harassment following Plaintiff's filing of a tort claim for damages incurred as a result of the assault of the assault by Defendant Egbert.

14. Kaya Fikret
    Contact Information Unknown

Mr. Fikret is the Turkish national examined by Defendant Egbert minutes after he assaulted Plaintiff.


15. Medical Providers for Robert J. Boule Relevant to DOI (3/20/14)

Plaintiff has seen several physicians and healthcare professionals for injuries caused by the assault of Defendant Egbert. Plaintiff will supply copies of his medical records as part of his disclosure under this rule. Meanwhile, names and contact information for the physicians and healthcare professionals follows:

Shannon Boustead, MD
Sea Mar Bellingham Medical
Community Health Centers

Phone:
Fax:

April M. Sakahara, MD
PeaceHealth Medical Group – Whatcom
Physical Medicine & Rehabilitation

Phone:
Fax:

Kathryn Peterson, PT
St. Joseph Hospital
Outpatient Therapy Services

Phone:
Fax:

Peter Buetow, M.D., MBA, RVT
Mt. Baker Imaging

PeaceHealth Medical Group

Phone:
Fax:


Rosemary J. Whiting, PTA
Whatcom Physical Therapy

Phone
Fax:

Lars Crabo, MD
Mt. Baker Imaging
Phone:
Fax:

Daniel D. Kim, MD
Sound Physicians
(Internal Medicine)

Phone:
Fax:

Michael Geist, MD
PeaceHealth Medical Group
(Internal Medicine)

Phone:
Fax:

Plaintiffs incorporate into this Rule 26(a)(1)(A) disclosure any person identified by the Defendants in their 26(a)(1)(A) disclosures in the past or future, and also any person identified in any of the documents disclosed by Defendant or Plaintiffs.

## II. RELEVANT DOCUMENTS AND TANGIBLE THINGS

The attached index is a list of documents, data compilations and tangible things in Plaintiffs' possession, custody or control that the Plaintiff believes are relevant to disputed facts alleged with particularity in the pleadings. These materials, with one exception will be forwarded to Defendant Defendants Counsel in electronic format. A plat of a land survey will be forwarded to Defendant's Counsel in hard copy as it is not amenable to reduction to electronic format.

| No. | Description | Bates Number |
|---|---|---|
| 1. | Department Of Homeland Security Office Of Internal Affairs 17-Sep-2015 Report Of Investigation Re Border Patrol Agent/0802 (Redacted) | 1-68 |
| 2. | FBI Certificate Re Plaintiff Boule's Lack Of Criminal Record | 69 |
| 3. | Washington State Patrol Certificate Re Plaintiff Boule's Lack Of Criminal Record | 70 |
| 4. | Visa And Stamp Indicating Entry To The US With Inspection For Kaya Fikret | 71 |
| 5. | 9-11-2015 Boule Notes Re Encounter With Social Security Agents | 72-76 |
| 6. | Compilation Of Various Properties Owned Defendant Egbert | 77-107 |
| 7. | Deeds To Various Properties Owned By Defendant | 108-114 |
| 8. | Compilation Of Defendants Various Convictions in Washington State | 115-155 |
| 9. | June 20, 2014 Tort Claim | 156-159 |
| 10 | March 2016 Tort Claim | 160-166 |

| No. | Description | Bates Number |
|---|---|---|
| 11 | CBP Letter Dated Nov 2, 2016 Denying March 2016 Tort Claim | 167-171 |
| 12 | GIS And Google Maps Re Boule Residence And Surrounding Area | 172-173 |
| 13 | Plaintiff Boule's E-Mail's To Himself And Others Memorizing Events Of Day Of Assault And Aftermath | 174-175 |
| 14 | Nathan Mattly Statement Re Border Patrol Harassment | 176-178 |
| 15 | Plaintiff Boule's E-mail and Notes Re Harassment of Housekeeper | 179-181 |
| 16 | Federal Court Document Re Rachel Martinen Destruction Of Evidence | 182-187 |
| 17 | Representative DelBene Announcement Regarding Nomination of Alfonso Dermendziev to U.S. Naval Academy | 188 |
| 18 | List Of Agencies Examining Plaintiff At Instigation Of Defendant Egbert | 189 |
| 19 | Land Survey Re Plaintiff's Premises | 190-191 |
| 20 | Various Documents Re IRS Audit Of Boule | 192-249 |
| 21 | 2011 Federal Income Tax Return And Schedules | 250-264 |
| 22 | 2012 Federal Income Tax Return And Schedules | 265-282 |
| 23 | 2013 Federal Income Tax Return And Schedules | 283-298 |
| 24 | 2014 Federal Income Tax Return And Schedules | 299-314 |
| 25 | 2015 Federal Income Tax Return And Schedules* <br><br>*2016 Federal Income Tax Return Is Still In Process Of Preparation. A Copy Will Be Provided When Filed. | 315-351 |
| 26 | Billings And Medical Records From PeaceHealth Medical Group | 352-353 |
| 27 | Billings And Medical Records From St. Joseph Hospital Physical Therapy | 354-360 |
| 28 | Billings and Medical Records From Whatcom Physical Therapy. | 361 |
| 29 | Billings And Medical Records From Mt. Baker Imaging | 362 |
| 30 | Billings And Medical Records From SeaMar Community Health Centers | 363-370 |
| 31 | Plaintiff's Medical Records | 371-760 |
| 32 | Letter From Shannon Boustead, MD | 761-762 |
| 33 | Text Message Strings Regarding Plaintiff's Injuries, and Ongoing Harassment By Border Patrol | 763-796 |

## I. DAMAGES & PENALTIES

### A. Lost Income

Plaintiff believes that he has lost over $50,000 in business expectancy due to the tortious conduct of Defendant Egbert and other agency employees acting at the instigation of Defendant Egbert.

### B. Personal Injury

Plaintiff suffered right shoulder and back injuries when he was slammed into a vehicle and then to the ground by Defendant Egbert which caused him injury to his shoulder and back, including left arm and left leg numbness, back pain, left hip displacement, lack of mobility and ongoing emotional distress and lack of enjoyment of life. His injuries have never fully resolved and he will experience ongoing general damages. He has incurred extensive medical treatment and resulting costs believed to be more than $20,000 and will likely continue future treatment costs. Mr. Boule also suffered a loss of ability to generate income both based on his injuries and the retaliatory conduct instigated by Defendant Egbert including, but not limited to the actions of federal agents who intentionally interfered with his business by slandering the reputation of his business, intimidating his employees and causing false complaints to be made against the Defendant and his business resulting in unfounded government scrutiny from other government agencies.

### C. General Damages

Plaintiff believes that a jury could award him up to $225,000 in general damages.

### D. Punitive Damages

Plaintiff believes that a jury could award him punitive damages based on the assets of the Defendant, which are currently not fully known.

DATED August 3, 2017.

 s/ Gregory Donald Boos, WSBA # 8331
Gregory Donald Boos, WSBA # 8331
Cascadia Cross-Border Law
1305 11th Street, Suite 301
Bellingham, WA 98225
Telephone:  (360) 671-5945
gdboos@cascadia.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE:

I hereby certify that on the 5th day of August 3, 2017, I e-mailed a copy of this document to the following parties:

Breean Lawrence Beggs bbeggs@pt-law.com, lswift@pt-law.com

W Scott Railton srailton@cascadia.com

Gregory Donald Boos gdboos@cascadia.com

Geoffrey M. Grindeland ggrindeland@millsmeyers.com,

Karen Fielder kfielder@millsmeyers.com

Nikki C. Carsley ncarsley@millsmeyers.com,

Michael Russell  mrussell@millsmeyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              s/ Gregory Donald Boos, WSBA # 8331
                                Gregory Donald Boos, WSBA #8331
                                          Attorney for Plaintiff