Honorable Ricardo S. Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

ROBERT BOULE,

10                                    Plaintiff,

11        v.

12

ERIK EGBERT and JANE DOE EGBERT
and their marital community,

13

14                                    Defendants.

15

No. 2:17-cv-00106-RSM

FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO
ROBERT BOULE

16

ERIK EGBERT,

17                                    Counterclaimant,

18        v.

19

ROBERT BOULE,

20                                    Counterdefendant.

21

22

23        TO:          Robert Boule, Plaintiff;

24        AND TO:      Breean L. Beggs, Gregory Donald Boos, and W. Scott Railton, his
                       attorneys.

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

EXHIBIT B

Please respond within 30 days to the following interrogatories and requests for production in accordance with applicable Federal Rules of Civil Procedure.

**INSTRUCTIONS**

1.     These discovery requests are continuing in nature, and you are requested to promptly supplement your responses if you learn of new or different information.

2.     If you are unable to fully answer any of these discovery requests after exercising due diligence to obtain the requested information, so state and answer the request to the extent possible, setting forth whatever information you have and the efforts you made to obtain the requested information.

3.     As used in these discovery requests, the words "and" and "or" should not be interpreted to exclude any information otherwise within the scope of any discovery request.

4.     If you are withholding any information because of a claim of privilege or protection, please state the nature of the information withheld, and describe the privilege with sufficient specificity to permit a full determination of whether it is valid.

5.     AGENT ERIK EGBERT WILL MOVE TO EXCLUDE EVIDENCE AND WITNESSES NOT DISCLOSED IN RESPONSE TO THESE DISCOVERY REQUESTS.

**DEFINITIONS**

1.     As used in these discovery requests, "document" has its ordinary meaning, but also means every kind of record, writing, drawing, graphs, charts, photographs, sound recordings, images, data, and data compilation, and all types of electronically stored information in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form.

2.     In reference to a person, "identify" means to state the person's full name, last-known address, e-mail address, and telephone number.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

3.     In reference to a document, "identify" means to state the author, type of document, date, present location and custodian, and a brief summary of the document's substance. The description should be sufficiently specific to allow preparation of an adequate subpoena or request for production.

4.     As used in these discovery requests, "the March 20, 2014, incident" refers to the alleged interaction at the Smuggler's Inn between Mr. Boule and Agent Egbert that is the subject of Plaintiff's lawsuit.

5.     As used in these discovery requests, "your property" refers to the Smuggler's Inn.

6.     As used in these discovery requests, "your vehicles" refers to any vehicles owned by you or any businesses in which you have an ownership interest.

## INTERROGATORIES

**INTERROGATORY NO. 1**:  Please provide your full name, birth date, and Social Security number. If you have ever used another name, please state the other name and provide the dates used.

**ANSWER**:

**INTERROGATORY NO. 2**:  Please list the addresses where you have resided since January 1, 2007; provide the dates you lived at each address; and identify all persons who lived at each address with you.

**ANSWER**:

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

**INTERROGATORY NO. 3**:  Please identify all persons who have ever been members of your immediate family, including your parents, siblings, spouse, former spouses, and children, both natural and adopted, and state their relationship to you.

4

**ANSWER**:

5

6

7

8

9

**INTERROGATORY NO. 4**:  Please describe your work history, providing each employer's name, address, and telephone number; your job title; your salary or wages; and the dates of employment.

10

**ANSWER**:

11

12

13

14

15

16

**INTERROGATORY NO. 5**:  Please provide the following information for any businesses in which you have an ownership interest: the legal name of the business; the percentage owned by you; the date you acquired your interest or started the business; and the name, address, telephone number, and e-mail address of any co-owner.

17

**ANSWER**:

18

19

20

21

**INTERROGATORY NO. 6**:  Please describe your educational background, including each school you attended, the dates of attendance, degrees earned, and any honors or awards.

22

**ANSWER**:

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 4

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  **INTERROGATORY NO. 7**:  Have you ever pleaded guilty or no contest to a crime

2  or been convicted of a crime? If so, please set forth the crime, the date of the conviction or

3  plea, the court name and file number in each case, and the penalty imposed.

4  **ANSWER**:

5

6

7

8  **INTERROGATORY NO. 8**:  Have you ever been a party to a lawsuit or claim for

9  damages other than this one? If so, for each lawsuit or claim for damages, please identify the

10  parties, briefly describe the nature and disposition of the lawsuit or claim, and, if applicable,

11  state the court and cause number.

12  **ANSWER**:

13

14

15

16  **INTERROGATORY NO. 9**:  Please identify all healthcare providers (including

17  physicians, chiropractors, physical therapists, dentists, mental-health professionals, and

18  counselors) who have consulted with you or treated you since January 1, 2007, and state the

19  dates and reasons for such consultation or treatment.

20  **ANSWER**:

21

22

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 5

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

**INTERROGATORY 10**:  With respect to Kaya Fikret's stay at the Smuggler's Inn on

2

or around March 20, 2014, please state when and how his reservation was made, the reason for

3

his stay, the amounts paid for his room and transportation, when and how the charges for his

4

room and transportation were paid, the dates of his actual stay, and when and where he was

5

transported by you or your or the Smuggler's Inn employees.

6

      **ANSWER**:

7

8

9

      **INTERROGATORY NO. 11**:  Please list and describe in detail each injury (whether

10

physical, emotional, or mental) that you allegedly sustained as a result of the March 20, 2014,

11

incident; identify the healthcare providers who have treated you for each such injury; state the

12

dates and cost of treatment; and state whether each such injury has resolved.

13

      **ANSWER**:

14

15

16

      **INTERROGATORY NO. 12**:  Do you anticipate that you will suffer any permanent

17

or long-term physical, mental, or emotional injury, impairment, or disability because of the

18

March 20, 2014, incident?  If so, please explain in detail the nature and extent of the injury,

19

impairment, or disability, and identify any healthcare providers who have diagnosed it or

20

treated you for it.

21

      **ANSWER**:

22

23

24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **INTERROGATORY NO. 13**:  Please describe every physical, emotional, or mental

2    complaint, condition, injury, impairment, or disability you currently have but that you do *not*

3    relate to the March 20, 2014, incident or Agent Egbert.

4    **ANSWER**:

5

6

7

8    **INTERROGATORY NO. 14**:  Do you claim past or future loss of income, earning

9    capacity, or business expectancy as a result of the March 20, 2014, incident or Agent Egbert?

10   If so, please provide the dates you sustained (or will sustain) a loss of income, the amount of

11   loss, and the source from which the income would have been obtained.

12   **ANSWER**:

13

14

15

16   **INTERROGATORY NO. 15**:  Are there are any outstanding liens or subrogated

17   interests of any kind relating to the March 20, 2014, incident or Agent Egbert? If so, please

18   identify each person or entity claiming a lien or interest, the amount claimed, and the reason

19   therefore.

20   **ANSWER**:

21

22

23

24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**INTERROGATORY NO. 16**:   Have you ever applied for, been eligible for, or enrolled in Medicare, regardless of whether you are currently enrolled in Medicare? If so, please explain specifically and in detail when and why you applied, became eligible, or enrolled.

*(Note:  This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. § 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007, and 42 U.S.C. § 1395y(b)(2), also known as the Medicare Secondary Payer Act.  If you are not currently a Medicare beneficiary but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time.)*

**ANSWER**:

**INTERROGATORY NO. 17**:   Have you ever applied for disability or worker's compensation benefits? If so, please identify the entity or agency to which you applied, and state the reason you applied for the benefits, the date you applied, and the result of the application.

**ANSWER**:

**INTERROGATORY NO. 18**:   Please identify all persons who have been employed by you or the Smuggler's Inn (whether as employees or independent contractors) since January 1, 2009, providing each person's name, address, telephone number, and e-mail address; the dates of employment; job title; and salary or wages.

**ANSWER**:

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**INTERROGATORY NO. 19**:  Please identify all persons who have crossed the border (either into Canada or into the United States) via your property since January 1, 2009, providing each person's name, address, telephone number, and e-mail address; and for each person, state the date of the border crossing and whether it was into Canada or the United States.

**ANSWER**:


**INTERROGATORY NO. 20**:  Please identify all persons who have been arrested in or near one of your vehicles or on or near your property since January 1, 2009, providing each person's name, address, telephone number, and e-mail address; and for each person, state the date of the arrest, the arresting agency, and the reason for the arrest.

**ANSWER**:


**INTERROGATORY NO. 21**: Please describe specifically and in detail all advertisements placed by you or the Smuggler's Inn since January 1, 2009, including the form and content of each advertisement and when, where, and with whom it ran.

**ANSWER**:

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 9

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

**REQUESTS FOR PRODUCTION**

2      **REQUEST FOR PRODUCTION NO. 1**:  Please produce all documents identified in

3  your answers to the above interrogatories.

4      **RESPONSE**:

5

6

7      **REQUEST FOR PRODUCTION NO. 2**:  If you have maintained any social-media

8  accounts for yourself or the Smuggler's Inn (Myspace, LinkedIn, Twitter, Instagram, Pinterest,

9  etc.) at any time since January 1, 2012, please produce a copy of your profile page, including

10  every posting, from January 1, 2012, to the present.

11      **RESPONSE**:

12

13

14      **REQUEST FOR PRODUCTION NO. 3**:  Please produce all documents (including

15  diary entries, notes, blog posts, letters, e-mails, text messages, instant or chat messages,

16  messages on social-media websites, and comments posted to social-media websites) that

17  reflect your thoughts or experiences relating to the March 20, 2014, incident, Agent Egbert, or

18  your claimed injuries and damages.

19      **RESPONSE**:

20

21

22      **REQUEST FOR PRODUCTION NO. 4**:  Please produce all statements made by you,

23  whether written or recorded, relating to the March 20, 2014, incident, Agent Egbert, or your

24  claimed injuries and damages.

25      **RESPONSE**:

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 10

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **REQUEST FOR PRODUCTION NO. 5**:  Please produce all witness statements,

2    whether written or recorded, relating to the March 20, 2014, incident, Agent Egbert, or your

3    claimed injuries and damages.

4    **RESPONSE**:

5

6

7

8    **REQUEST FOR PRODUCTION NO. 6**:  Please produce all documents that refer or

9    relate to Kaya Fikret, his transportation, or his stay at the Smuggler's Inn on or around March

10   20, 2014.

11   **RESPONSE**:

12

13

14

15   **REQUEST FOR PRODUCTION NO. 7**:  Please produce all written or recorded

16   communications (including voicemail messages, letters, e-mails, text messages, instant or chat

17   messages, and messages on social-media websites) with Kaya Fikret or his representatives.

18   **RESPONSE**:

19

20

21

22   **REQUEST FOR PRODUCTION NO. 8**:  Please produce all documents exchanged

23   with Kaya Fikret or his representatives.

24   **RESPONSE**:

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 11

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1 **REQUEST FOR PRODUCTION NO. 9**:  Please produce all written or recorded

2 communications (including voicemail messages, letters, e-mails, text messages, instant or chat

3 messages, and messages on social-media websites) with the United States or its employees that

4 refer or relate to the March 20, 2014, incident, Agent Egbert, your claimed injuries and

5 damages, or Kaya Fikret.

6 **RESPONSE**:

7

8

9 **REQUEST FOR PRODUCTION NO. 10**:  Please produce all documents exchanged

10 with the United States or its employees that refer or relate to the March 20, 2014, incident,

11 Agent Egbert, your claimed injuries and damages, or Kaya Fikret.

12 **RESPONSE**:

13

14

15 **REQUEST FOR PRODUCTION NO. 11**:  Please produce all written or recorded

16 communications (including voicemail messages, letters, e-mails, text messages, instant or chat

17 messages, and messages on social-media websites) with Jim Harber or his representatives that

18 refer or relate to the March 20, 2014, incident or your claimed injuries and damages.

19 **RESPONSE**:

20

21

22 **REQUEST FOR PRODUCTION NO. 12**:  Please produce all documents exchanged

23 with Jim Harber or his representatives that refer or relate to the March 20, 2014, incident or

24 your claimed injuries and damages.

25 **RESPONSE**:

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 12

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**REQUEST FOR PRODUCTION NO. 13**:  Please produce all documents related to any government inquiry or action (IRS audit, Social Security audit, etc.) you allege was instituted because of Agent Egbert.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 14**:  Please produce all written or recorded communications (including voicemail messages, letters, e-mails, text messages, instant or chat messages, and messages on social-media websites) with Donald Starr, Rachel Martinen, or their representatives that refer or relate to the IRS's audit, Agent Egbert, or your claimed damages.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 15**:  Please produce all documents exchanged with Donald Starr, Rachel Martinen, or their representatives that refer or relate to the IRS's audit, Agent Egbert, or your claimed damages.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 16**:  Please produce all written or recorded communications (including voicemail messages, letters, e-mails, text messages, instant or chat messages, and messages on social-media websites) with Scott Henderson or his representatives that refer or relate to the Social Security audit, Agent Egbert, or your claimed damages.

**RESPONSE**:

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 13

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **REQUEST FOR PRODUCTION NO. 17**:  Please produce all documents exchanged

2    with Scott Henderson or his representatives that refer or relate to the Social Security audit,

3    Agent Egbert, or your claimed damages.

4    **RESPONSE**:

5

6

7    **REQUEST FOR PRODUCTION NO. 18**:  Please produce all written or recorded

8    communications (including voicemail messages, letters, e-mails, text messages, instant or chat

9    messages, and messages on social-media websites) with any current or former employee or

10   independent contractor of yours or the Smuggler's Inn that refer or relate to the March 20,

11   2014, incident, Agent Egbert, your claimed injuries and damages, or Kaya Fikret.

12   **RESPONSE**:

13

14

15   **REQUEST FOR PRODUCTION NO. 19**:  Please produce all documents exchanged

16   with any current or former employee or independent contractor of yours or the Smuggler's Inn

17   that refer or relate to the March 20, 2014, incident, Agent Egbert, your claimed injuries and

18   damages, or Kaya Fikret.

19   **RESPONSE**:

20

21

22   **REQUEST FOR PRODUCTION NO. 20**:  Please produce all of your healthcare

23   records since January 1, 2007.

24   **RESPONSE**:

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 14

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**REQUEST FOR PRODUCTION NO. 21**:  Please produce all medical bills relating to care you contend was necessary because of the March 20, 2014, incident.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 22**:  If you allege any income loss, diminished earning capacity, or business-expectancy loss, please produce all records that document your or the Smuggler's Inn's income since January 1, 2007, including W-2 forms, income-tax returns, and records of cash earnings.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 23**:  Please produce all documents relating to liens or subrogated interests of any kind arising out of the March 20, 2014, incident, including any correspondence from the Department of Labor and Industries, Medicare, or any insurance carrier.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 24**:  Please produce all documents relating to any applications you made for public assistance, Social Security, unemployment, disability, or worker's compensation payments.

**RESPONSE**:

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **REQUEST FOR PRODUCTION NO. 25**:  Please produce all other documents that

2    support your claims for damages, including all documents that support each element of special

3    damages and general damages you claim and how the amount was determined or calculated.

4    **RESPONSE**:

5

6

7    **REQUEST FOR PRODUCTION NO. 26**:  Please produce all documents relating to

8    any of your criminal convictions, guilty pleas, or pleas of no contest.

9    **RESPONSE**:

10

11

12    **REQUEST FOR PRODUCTION NO. 27**:  Please produce all releases, covenants, or

13    settlement documents of any kind that relate to the March 20, 2014, incident, Agent Egbert, or

14    your claimed injuries and damages.

15    **RESPONSE**:

16

17

18    **REQUEST  FOR  PRODUCTION  NO. 28**:   Please  produce  copies  of  all  audio

19    recordings, photographs, and videos of your interaction with Agent Egbert on March 20, 2014.

20    If available, please produce the documents in electronic (JPEG or MPEG) format.

21    **RESPONSE**:

22

23

24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **REQUEST FOR PRODUCTION NO. 29**:  Please produce copies of all photographs

2  and videos of your injuries.  If available, please produce the documents in electronic (JPEG or

3  MPEG) format.

4    **RESPONSE**:

5

6

7    **REQUEST FOR PRODUCTION NO. 30**:  Please produce copies of all photographs

8  and videos taken after the March 20, 2014, incident that depict you engaging in any sports or

9  recreational activities.  If available, please produce the documents in electronic (JPEG or

10  MPEG) format.

11    **RESPONSE**:

12

13

14    **REQUEST  FOR  PRODUCTION  NO.  31**:    Please  produce  copies  of  any

15  transportation licenses issued to you or any companies in which you have an ownership interest

16  since January 1, 2007.

17    **RESPONSE**:

18

19

20    **REQUEST FOR PRODUCTION NO. 32**:  If you know of any other documents or

21  tangible items that might be relevant to this lawsuit, please produce them.

22    **RESPONSE**:

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 17

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    DATED: August 8, 2017

2                                    MILLS MEYERS SWARTLING P.S.
                                     Attorneys for Agent Erik Egbert
3

4                                    By: _____
                                         Geoffrey M. Grindeland, WSBA No. 35798
5                                        Nikki C. Carsley, WSBA No. 46650
                                         Mills Meyers Swartling P.S.
6                                        1000 2nd Avenue, 30th Floor
                                         Seattle, WA  98104
7                                        Telephone: (206) 382-1000
                                         Fax: (206) 386-7343
8                                        E-mail: ggrindeland@millsmeyers.com
                                                 ncarsley@millsmeyers.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 18

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

**ATTORNEY CERTIFICATION**

2
        I hereby certify that, to the best of my knowledge, information, and belief formed after

3
a reasonable inquiry, these discovery responses, including any objections, comply with FRCP

4
26 and applicable law.

5

        DATED: _____

6

7
                                PAUKERT & TROPPMANN, PLLC
                                Attorneys for Plaintiff

8

9
                                By: _____
10
                                    Breean L. Beggs
                                    WSBA No. 20795

11
                                CASCADIA CROSS-BORDER LAW
12
                                Attorneys for Plaintiff

13

14
                                By: _____
                                    Gregory Boos
15
                                    WSBA No. 8331
                                    W. Scott Railton
16
                                    WSBA No. 28413

17

18

19

20

21

22

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 19

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VERIFICATION BY PLAINTIFF**

I declare under penalty of perjury under the laws of Washington and the United States that these discovery responses are complete and correct.

DATED: _____ at _____, Washington.
            (date)                                (city)

_____
Robert Boule

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 20

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner indicated a copy of the within and foregoing document upon the following persons:

*Attorneys for Plaintiff*:

Breean L. Beggs
Paukert & Troppmann, PLLC
522 W Riverside Ave, Ste 560
Spokane, WA 99201

☐ Via first class mail, postage prepaid
☐ Via facsimile to 509-232-7762
☐ Via legal messenger
☑ Via e-mail to
  bbeggs@pt-law.com
  hhoffman@pt-law.com

Gregory Donald Boos
W. Scott Railton
Cascadia Cross-Border Law
1305 11th St, Ste 301
Bellingham, WA 98225

☐ Via first class mail, postage prepaid
☐ Via facsimile to 360-676-5459
☐ Via legal messenger
☑ Via e-mail to
  gdboos@cascadia.com
  srailton@cascadia.com

DATED: August 8, 2017

_Anna Armitage_
Anna Armitage

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE (No. 2:17-cv-00106-RSM) - 21

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343