Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

ROBERT BOULE,

10                                            No. 2:17-cv-00106-RSM

11                    Plaintiff,            FIRST SET OF INTERROGATORIES AND
                                            REQUESTS FOR PRODUCTION TO
12          v.                              ROBERT BOULE **AND PLAINTIFF'S**
                                            **RESPONSES THERETO**
13
ERIK EGBERT and JANE DOE EGBERT
14  and their marital community,

15                    Defendants.

16

17  ERIK EGBERT,

18                    Counterclaimant,

19          v.

20  ROBERT BOULE,

21
                      Counterdefendant.
22

23          TO:        Robert Boule, Plaintiff;

24
            AND TO:    Breean L. Beggs, Gregory Donald Boos, and W. Scott Railton, his
25                     attorneys.

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

EXHIBIT C

Please respond within 30 days to the following interrogatories and requests for production in accordance with applicable Federal Rules of Civil Procedure.

**INSTRUCTIONS**

1.      These discovery requests are continuing in nature, and you are requested to promptly supplement your responses if you learn of new or different information.

2.      If you are unable to fully answer any of these discovery requests after exercising due diligence to obtain the requested information, so state and answer the request to the extent possible, setting forth whatever information you have and the efforts you made to obtain the requested information.

3.      As used in these discovery requests, the words "and" and "or" should not be interpreted to exclude any information otherwise within the scope of any discovery request.

4.      If you are withholding any information because of a claim of privilege or protection, please state the nature of the information withheld, and describe the privilege with sufficient specificity to permit a full determination of whether it is valid.

5.      AGENT ERIK EGBERT WILL MOVE TO EXCLUDE EVIDENCE AND WITNESSES NOT DISCLOSED IN RESPONSE TO THESE DISCOVERY REQUESTS.

**DEFINITIONS**

1.      As used in these discovery requests, "document" has its ordinary meaning, but also means every kind of record, writing, drawing, graphs, charts, photographs, sound recordings, images, data, and data compilation, and all types of electronically stored information in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form.

2.      In reference to a person, "identify" means to state the person's full name, last-known address, e-mail address, and telephone number.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

3.      In reference to a document, "identify" means to state the author, type of document, date, present location and custodian, and a brief summary of the document's substance. The description should be sufficiently specific to allow preparation of an adequate subpoena or request for production.

4.      As used in these discovery requests, "the March 20, 2014, incident" refers to the alleged interaction at the Smuggler's Inn between Mr. Boule and Agent Egbert that is the subject of Plaintiff's lawsuit.

5.      As used in these discovery requests, "your property" refers to the Smuggler's Inn.

6.      As used in these discovery requests, "your vehicles" refers to any vehicles owned by you or any businesses in which you have an ownership interest.

## INTERROGATORIES

**INTERROGATORY NO. 1**: Please provide your full name, birth date, and Social Security number. If you have ever used another name, please state the other name and provide the dates used.

**ANSWER**:

Robert Joseph Boulé

Birth Date: ▆▆/1949   SSN: ▆▆▆▆▆▆▆

Other Names:

- Bob – Used all my life

- John – It is my confirmation name, used since I was 12 years old.

- There is a record of Robert T. Boulé, but the 'T' appears to be a clerical error.

I cannot answer the balance of this question based on restrictions placed on me by the United States government.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**INTERROGATORY NO. 2**:  Please list the addresses where you have resided since January 1, 2007; provide the dates you lived at each address; and identify all persons who lived at each address with you.

**ANSWER**:

I have resided in the same place since 2007; however, the address of the house has changed. The address was originally ███████████████████████████. It has changed to ██████████████████████████.

**INTERROGATORY NO. 3**:  Please identify all persons who have ever been members of your immediate family, including your parents, siblings, spouse, former spouses, and children, both natural and adopted, and state their relationship to you.

**ANSWER**:

Mother: Syliva Boulé

Father: Ken Boulé

Step-Father: Ernie Baker

Step-Sister: Cherie Kaminski

**INTERROGATORY NO. 4**:  Please describe your work history, providing each employer's name, address, and telephone number; your job title; your salary or wages; and the dates of employment.

**ANSWER**:

1.)   Smuggler's Inn – 2002 to Present – Owner | ████████████████████
      ███████████████

2.)   Boy Scouts of America Foundation – 2006-2008 – Fundraiser - $1,000.00/mo
      | Evergreen Council, Bellingham, WA

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 4

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

3.)   Sun News – 2000-2004 – Advertising Executive -  $54,000.00 | Marysville WA – No Longer in Business

4.)   Jade East Co.  – 1998-2000- Partner - $48,000.00 | Wenatchee, WA – No Longer in Business

5.)   Chief Wenatchee – 1988-1998 – VP Sales – $78,000.00 – No Longer in Business

I cannot answer the balance of this question based on restrictions placed on me by the United States government.

**INTERROGATORY NO. 5**:  Please provide the following information for any businesses in which you have an ownership interest: the legal name of the business; the percentage owned by you; the date you acquired your interest or started the business; and the name, address, telephone number, and e-mail address of any co-owner.

**ANSWER**:

I purchased Smuggler's Inn in 2002 and own 100% of the business.

████████████████████████████████████

███████████████

Sole Proprietor

Smuggler's Inn provides a limousine shuttle service under the name Classic Limousines.

**INTERROGATORY NO. 6**:   Please describe your educational background, including each school you attended, the dates of attendance, degrees earned, and any honors or awards.

**ANSWER**:

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

K-6 – Bremerton, WA – 1955-1962

7-10[th] – Highline School District, Seattle WA – 1962-1965

11-12 – West Seattle High, Seattle WA – 1966-1968

13-16 Central Washington University, Ellensburg WA – 1968-1972

**INTERROGATORY NO. 7**:  Have you ever pleaded guilty or no contest to a crime or been convicted of a crime? If so, please set forth the crime, the date of the conviction or plea, the court name and file number in each case, and the penalty imposed.

**ANSWER**:

Objection overly broad and burdensome and not reasonably calculated to lead to the discovery of any information relevant to the claims and defenses in this case, including impeachment under FRE 609.

                                    s/ GREG BOOS, WSBA #8331

                                    GREG BOOS, WSBA #8331

Without waiving objection, Mr. Boule has not been convicted of or pled guilty to any crimes in the last 30 years; nor has he been convicted of or pled guilty to any crimes punishable by more than one year, nor any crimes involving a dishonest act or false statement.

**INTERROGATORY NO. 8**:  Have you ever been a party to a lawsuit or claim for damages other than this one? If so, for each lawsuit or claim for damages, please identify the parties, briefly describe the nature and disposition of the lawsuit or claim, and, if applicable, state the court and cause number.

**ANSWER**:

There was a series of court actions as result of partnership breakup and bankruptcy.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 6

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Robert Boule, Jade East, Washington Organic – 1999-2012

**Lawsuit Records**

**Case Information**

| Case Number | CV11-1729 |
|---|---|
| Filing Date | 08/09/2011 |
| Case Type | OTHER - GOODS AND SERVIVCES |
| Case Category | 99999 |
| Status | CLOSED - 10/27/2011 |
| Filing Office | WHATCOM COUNTY DISTRICT COURT |
| Address | 311 GRAND AVE, BELLINGHAM, WA 98225 |
| Venue | WHATCOM, WA |

**Party Information**

| Plaintiff | NORTH WASHINGTON COLLECTIONS INC |
|---|---|
| Defendant | BOULE, ROBERT J |
| Defendant | SMUGGLERS INN |

**Bankruptcy Records**

Source: U.S. BANKRUPTCY COURT, WESTERN DISTRICT
OF WASHINGTON (SEATTLE)

**Case Information**

| Court | U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF WASHINGTON (SEATTLE) |
|---|---|
| Case Title | IN RE: ROBERT JOSEPH BOULE |
| Case | 2:01-BK-24341 |
| Judge | THOMAS T. GLOVER |
| Date Field | 12/31/2001 |
| Date Discharged | 04/19/2002 |
| Last Date to File Proof of Claim | 12/13/2004 |
| Office | SEATTLE |
| Case Type / Chapter | BANKRUPTCY: CHAPTER 7A |
| Case Details | ASSET, VOLUNTARY |
| Case Number | 2:01-BK-24341 |
| Key Nature of Suit | BANKRUPTCY; CHAPTER 7 (060.15) |

**Debtor Information**

| Party Address | PO BOX 1803 BLAINE, WA 98231-1803 |
|---|---|

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| SSN | 536-46-XXXX |
| Attorney | PRO SE |
| Status | PRO SE |

**Trustee Information**

| DENNIS LEE BURMAN | |
| Party Address | PO BOX 1620<br>MARYSVILLE, WA 98270-1620 |
| Phone | 360-657-3332 |

**Dockets**

### 1.)   Source: SUPERIOR COURT, WHATCOM COUNTY, WASHINGTON

**Case Information**

| Case Title | NORTH WASHINGTON COLLECTIONS v. BOULE |
| Court | SUPERIOR COURT, WHATCOM COUNTY |
| Case Number | 06-2-02685-0 |
| Case Type | CIVIL |
| Case Subtype | TRANSCRIPT OF JUDGEMENT |
| Key Nature of Suit | REMEDIES; JUDGMENTS (400.40) |
| Date Filed | 11/16/2006 |

**Participant Information**

NORTH WASHINGTON COLLECTIONS        Type : Plaintiff
BOULE, JANE DOE                                          Type: Defendant
BOULE, ROBERT J                                          Type: Defendant

**DOCKET PROCEEDINGS (3)**

| Date: | Entry #: | Description: | Date Docketed: | Party: |
|---|---|---|---|---|
| 05/04/2007 | 2 | **Docket Entry:**<br>SATISFACTION OF JUDGMENT | | |
| 11/16/2006 | 1 | **Docket Entry:**<br>TRANSCRIPT OF JUDGMENT | | |
| 11/16/2006 | | **Docket Entry:**<br>FILING FEE RECEIVED<br>**Additional Information:** 20.00 | | |

### 2.) Source: SUPERIOR COURT, CHELAN COUNTY, WASHINGTON

**Case Information**

| Case Title | BRODY v. WASH ORGANIC |
| Court | SUPERIOR COURT, CHELAN COUNTY |

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| Case Number | 01-2-00008-4 |
| --- | --- |
| Case Type | CIVIL |
| Case Subtype | COMMERCIAL |
| Key Nature of Suit | BUSINESS ORGANIZATIONS (080) |
| Date Filed | 01/03/2001 |

**Participant Information**

ROBERT L BRODY

| Party Number | 1 |
| --- | --- |
| Type | Plaintiff |

CHARLOTTE BRODY

| Party Number | 2 |
| --- | --- |
| Type | Plaintiff |

KARI VOLYN

| Party Number | 3 |
| --- | --- |
| Type | Plaintiff |

WASHINGTON ORGANIC LIMITEDPARTNERSHIP

| Party Number | 1 |
| --- | --- |
| Type | Defendant |

ROBERT J BOULE

| Party Number | 2 |
| --- | --- |
| Type | Defendant |

JADE EAST FRESH COMPANY LIMITED

| Party Number | 3 |
| --- | --- |
| Type | Defendant |

WASHINGTON ORGANIC DRIED FRUIT& JUICE LLC

| Party Number | 4 |
| --- | --- |
| Type | Defendant |

KING BLOSSOM NATURAL

| Type | Doing Business As |
| --- | --- |

**3.)  Source: SUPERIOR COURT, CHELAN COUNTY, WASHINGTON**

**Case Information**

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| Case Title | NASDA FINANCIAL v. BOULE |
|---|---|
| Court | SUPERIOR COURT, CHELAN COUNTY |
| Case Number | 01-2-01066-7 |
| Case Type | CIVIL |
| Case Subtype | COLLECTION |
| Key Nature of Suit | BANKING/FINANCE; COLLECTIONS (140.20) |
| Date Filed | 11/05/2001 |

**Participant Information**

NAEDA FINANCIAL LTD LP

| Party Number | 1 |
|---|---|
| Type | Plaintiff |

ROBERT J BOULE

| Party Number | 1 |
|---|---|
| Type | Defendant |

WILLIAM P BURNETT

| Party Number | 2 |
|---|---|
| Type | Defendant |

WASHINGTON ORGANIC

| Type | Doing Business As |
|---|---|

**4.)  Source: SUPERIOR COURT, CHELAN COUNTY, WASHINGTON**

**Case Information**

| Case Title | L&I v. BOULE |
|---|---|
| Court | SUPERIOR COURT, CHELAN COUNTY |
| Case Number | 01-2-00629-5 |
| Case Type | CIVIL |
| Case Subtype | TAX WARRANT |
| Key Nature of Suit | TAX (425) |
| Date Filed | 06/25/2001 |

**Participant Information**

DEPT OF LABOR & INDUSTRIES

| Party Number | 1 |
|---|---|
| Type | Plaintiff |

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 10

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

ROBERT J BOULE H/W

| Party Number | 1 |
|---|---|
| Type | Defendant |

ROBERT BRODY H/W

| Party Number | 2 |
|---|---|
| Type | Defendant |

CARRIE W/H VOLYN

| Party Number | 3 |
|---|---|
| Type | Defendant |

WASHINGTON ORGANIC LIMITED

| Type | Doing Business As |
|---|---|

**5.)   Source: SUPERIOR COURT, CHELAN COUNTY, WASHINGTON**

**Case Information**

| Case Title | BOULE v. CITY WEN |
|---|---|
| Court | SUPERIOR COURT, CHELAN COUNTY |
| Case Number | 91-2-00475-1 |
| Case Type | CIVIL |
| Case Subtype | CONDEMNATION |
| Key Nature of Suit | REAL PROPERTY; CONDEMNATION (390.20) |
| Date Filed | 08/27/1991 |

**Participant Information**

ROBERT J BOULE

| Party Number | 1 |
|---|---|
| Type | Plaintiff |

CITY OF WENATCHEE

| Party Number | 1 |
|---|---|
| Type | Defendant |

**6.)   Source: SUPERIOR COURT, WHATCOM COUNTY, WASHINGTON**

**Case Information**

| Case Title | NORTH WASHINGTON COLLECTIONS v. BOULE |
|---|---|
| Court | SUPERIOR COURT, WHATCOM COUNTY |
| Case Number | 06-2-02685-0 |
| Case Type | CIVIL |
| Case Subtype | TRANSCRIPT OF JUDGEMENT |

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 11

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| Key Nature of Suit | REMEDIES; JUDGMENTS (400.40) |
|---|---|
| Date Filed | 11/16/2006 |

**Participant Information**

NORTH WASHINGTON COLLECTIONS

| Type | Plaintiff |
|---|---|

BOULE, JANE DOE

| Type | Defendant |
|---|---|

BOULE, ROBERT J

| Type | Defendant |
|---|---|

**DOCKET PROCEEDINGS (3)**

| Date: | Entry #: | Description: | Date Docketed: | Party: |
|---|---|---|---|---|
| 05/04/2007 | 2 | **Docket Entry:** SATISFACTION OF JUDGMENT | | |
| 11/16/2006 | 1 | **Docket Entry:** TRANSCRIPT OF JUDGMENT | | |
| 11/16/2006 | | **Docket Entry:** FILING FEE RECEIVED **Additional Information:** 20.00 | | |

**7.)  Source: U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON**

**Case Information***

| Case Title | BOULE v. AMER ECONOMY INS CO |
|---|---|
| Court | U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON |
| Case | 2:94-CV-00315 |
| Case Number | 2:94CV00315 |
| Nature of Suit | CONTRACT: INSURANCE (110) |

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| Key Nature of Suit | CONTRACTS; INSURANCE (130.25) |
| Date Filed | 09/06/1994 |

**Participant Information**

AMER ECONOMY INS CO
BOULE, ROBERT J

    *Claim was for structural damages to the house as a result of an electrical surge.

**8.)**   **Source: SUPERIOR COURT, CHELAN COUNTY, WASHINGTON**

**Case Information**

| Case Title | BOULE v. AMERICAN ECONOMY INS |
| Court | SUPERIOR COURT, CHELAN COUNTY |
| Case Number | 94-2-00698-8 |
| Case Type | CIVIL |
| Case Subtype | TORT - OTHER |
| Date Filed | 08/02/1994 |

**Participant Information**

ROBERT J BOULE

| Party Number | 1 |
| Type | Plaintiff |

AMERICAN ECONOMY INSURANCE CO

| Party Number | 1 |
| Type | Defendant |

    **INTERROGATORY NO. 9**: Please identify all healthcare providers (including physicians, chiropractors, physical therapists, dentists, mental-health professionals, and counselors) who have consulted with you or treated you since January 1, 2007, and state the dates and reasons for such consultation or treatment.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**ANSWER**:

| Last Name | First Name | Title | Visit |
|---|---|---|---|
| **Adams** | Ione S | MD | Sea Mar Bellingham Medical |
| **Akins** | Rachel L | RD | Peace Health Medical Group – Nutrition & Diabetes Education Clinic |
| **Allen** | Lynn F | | Sea Mar Bellingham Medical |
| **Allen** | Camilla T | MD | Peace Health Out Patient Procedures |
| **Banjanin** | Milan | MD | Regular Doctor until 2011 |
| **Blanco** | Carolina | MA | Sea Mar Bellingham Medical |
| **Boustead** | Shannon | MD | Regular Doctor at Sea Mar Bellingham Medical |
| **Boutin** | Jodi | CMA | Peace Health |
| **Broselle** | Jacqueline | PT | St Joseph Hospital |
| **Buetow** | Peter C | MD | Mt Baker Imaging |
| **Chang** | Paul Y | DPT | Whatcom Physical Therapy |
| **Cheng** | Isabella | Pharmacist | Peace Health – St Joseph Hospital |
| **Comacho** | Raquel | MA | Sea Mar Bellingham Medical |

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| Corona | Olga | MA | Sea Mar Bellingham Medical |
| Coster | Teresa L | MS, RD, CD | Sea Mar Bellingham Medical |
| Crabo | Lars | MD | Mt Baker Imaging |
| Daniels | Mark | MD | Eagle Hospital Physicians |
| Dhindsa | Harmanjot | MA | Sea Mar Bellingham Medical |
| Dickinson | Emily | RN | Peace Health St Joseph Hospital |
| Dudar | Mariya | MA | Sea Mar Bellingham Medical |
| Garcia | Blanca | MA | Sea Mar Bellingham Medical |
| Gargett | Celeste | | Sea Mar Bellingham Medical |
| Geist | Michael | MD | Eagle Hospital Physicians |
| Grishchuck | Mikhail | MA | Sea Mar Bellingham Medical |
| Harrison | Alesha | | Sea Mar Bellingham Medical |
| Hernandez | Veronica A | MA | Sea Mar Bellingham Medical |
| Heilbrunn | Mark | MD | 20 March 2012 – Social Security Exam |
| Hinds | Spencer | MD | Peace Health St Joseph Medical Center – Cardiovascular Center |

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | | | |
|---|---|---|---|
| **Huerta** | Brenda | | Sea Mar Bellingham Medical |
| **Jensen** | Jil | LPN | Sea Mar Bellingham Medical |
| **Kim** | Daniel | MD | Peace Health – St Joseph Hospital |
| **Kussat** | Naomi | RN | Peace Health – St Joseph Hospital |
| **LaPoint** | Anthony | HIM | Sea Mar Bellingham Medical |
| **Loveland** | Lynn | | Sea Mar Bellingham Medical |
| **Loveng** | Anna | MA | Sea Mar Bellingham Medical |
| **Lukyanets** | Ilona | MA | Sea Mar Bellingham Medical |
| **Mejia-Velasquez** | Cristina | MA | Sea Mar Bellingham Medical |
| **Monks** | Sonia | LPN | Sea Mar Bellingham Medical |
| **Nelson** | Kellie | RN | Peace Health Medical Group |
| **Pederson** | Bruce | MD | Whatcom Physical Therapy |
| **Perez** | Rosalinda | MA | Sea Mar Bellingham Medical |
| **Perez-Medoza** | Estrella | | Sea Mar Bellingham Medical |
| **Perez** | Nataly | MA | Sea Mar Bellingham Medical |
| **Petersen** | Kathryn | PT | Peace Health St Joseph Hospital Out Patient |

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 16

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | | | |
|---|---|---|---|
| | | | Services |
| **Randhawa** | Sukhvir | MA | Sea Mar Bellingham Medical |
| **Renteria** | Jennete | MA | Sea Mar Bellingham Medical |
| **Reyes** | Kimberly | MA | Sea Mar Bellingham Medical |
| **Ruegg** | William D | MD | Sea Mar Bellingham Medical |
| **Sakahara** | April | MD | Peace Health Medical Group - Physical Medicine & Rehabilitation |
| **Schultz** | Nils | PA-C | Sea Mar Bellingham Medical |
| **Schultz** | Muriel | | Sea Mar Bellingham Medical |
| **Selikhava** | Iryna | | Sea Mar Bellingham Medical |
| **Siemanowski** | Benjamin | MD | Peace Health Medical |
| **Sosa** | Irene M | LPN | Sea Mar Bellingham Medical |
| **Stephenson** | Daniel L | DO | Sea Mar Bellingham Medical |
| **Studley** | Matthew | MD | Peace Health – St Joseph Hospital |
| **Thorpe** | Sarah H | RN | Peace Health Out Patient Procedures |
| **Troy** | Markus J | MD | Peace Health St Joseph Hospital |
| **Tuilaepa** | AshleyAnn L | | Sea Mar Bellingham |

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | | | Medical |
|---|---|---|---|
| **Webb** | Zachary | MD | North Star Medical |
| **Whiting** | Rosemary J | PTA | Whatcom Physical Therapy |

As to dates and reasons, I have already produced much of what you are looking for, especially for my health since March 20, 2014. I am producing a few additional documents with the return of these interrogatories.

As to other healthcare providers listed, I have done my best to remember their names. I do not remember all of the dates that I saw them, and I may have seen healthcare providers for multiple reasons. I have returned a release of information document for my health records to allow for a full release of medical records. These records may indicate additional health care providers.

**INTERROGATORY 10**: With respect to Kaya Fikret's stay at the Smuggler's Inn on or around March 20, 2014, please state when and how his reservation was made, the reason for his stay, the amounts paid for his room and transportation, when and how the charges for his room and transportation were paid, the dates of his actual stay, and when and where he was transported by you or your or the Smuggler's Inn employees.

**ANSWER**: Kaya Fikret's stay was March 20th 2014 for one night. He was picked up at SEA-TAC airport by Jason Surowiecki & Josh Vandergrein, both of whom provide services to Smuggler's Inn as independent contractors. His transportation reservation was made by phone, his room was paid by cash. Transportation is charged at $500/ 5hours down to Seattle and back. Kaya Fikret paid in Cash. The room is $200 per night and was paid in cash.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    **INTERROGATORY NO. 11**: Please list and describe in detail each injury (whether

2    physical, emotional, or mental) that you allegedly sustained as a result of the March 20,

3    2014, incident; identify the healthcare providers who have treated you for each such injury;

4    state the dates and cost of treatment; and state whether each such injury has resolved.

5    **ANSWER**:

6    All injuries and costs are listed in detail in the in the medical records and billings to

7    which I have stipulated.  In addition, I spent 9 months walking on a hip that was partially

8    dislocated during the incident, before Dr. Sakahara discovered the problem and put the hip

9    back in place. I also suffered severe pain in the back shoulder, lower back & hip as a result of

10   the incident. Finally, my lack of mobility from my injuries also contributed to weight gain,

11   Type 2 Diabetes and heightened Atrial Fibrillation.

12

13   I sustained at least one injury not related to enhanced pre-conditions. Mr. Egbert's

14   assault caused my hip to be dislocated, which manifested as severe pain in the back shoulder,

15   lower back, hip, legs, and feet.

16

17   **INTERROGATORY NO. 12**: Do you anticipate that you will suffer any permanent

18   or long-term physical, mental, or emotional injury, impairment, or disability because of the

19   March 20, 2014, incident?  If so, please explain in detail the nature and extent of the injury,

20   impairment, or disability, and identify any healthcare providers who have diagnosed it or

21   treated you for it.

22   **ANSWER**:

23   The incident enhanced and worsened several already existing injuries or conditions.

24   Because I was unable to exercise, I sustained weight gain of 30+lbs. In conjunction, I went

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 19

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

from being pre-diabetic to having Type 2 Diabetes with fibromyalgia and enhanced circulatory problems.

I understand that I may have to have a hip replacement. I understand that the fibromyalgia may lead to the amputation of one or both feet.

**INTERROGATORY NO. 13**: Please describe every physical, emotional, or mental complaint, condition, injury, impairment, or disability you currently have but that you do *not* relate to the March 20, 2014, incident or Agent Egbert.

**ANSWER**:

The interrogatory is objected to as overly broad, as it calls for every and any complaint a person might have.

<u>s/ GREG BOOS, WSBA #8331</u>

GREG BOOS, WSBA #8331

Notwithstanding this objection, I had a hernia repaired in 2013. In addition, I have heart problems (atrial fibrillation) and arthritis. In 1995, I had colon cancer and have to be screened for the re-development of cancer every 5 years. I also have a history of skin cancer, which also requires regular screening.

**INTERROGATORY NO. 14**: Do you claim past or future loss of income, earning capacity, or business expectancy as a result of the March 20, 2014, incident or Agent Egbert? If so, please provide the dates you sustained (or will sustain) a loss of income, the amount of loss, and the source from which the income would have been obtained.

**ANSWER**:

Due to not being able to work with guests, I have had to hire people to assist me, which reduces my net income from the business.

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    I was not doing well financially prior to the March 20, 2014 incident. This decline in

2  income was largely due to a decline in health preventing me from being able to run my Bed

3  and Breakfast to its full potential. I was placed on disability in 2012, which provided some

4  financial relief and in the Autumn of 2013 I has surgery to repair my hernia. My health was

5  improving because of hernia repair. The injuries that I sustained from the assault on March

6  20, 2014, set my physical progress back considerably, keeping me from running my Bed and

7  Breakfast at full capacity. Guests have also been deterred from staying at my Bed and

8  Breakfast due to CBP blocking off Drive Ways and some employees have not felt

9  comfortable working for me due to being harassed by CBP officers.  All of this caused me to

10  sustain a continued loss of income beyond the initial timeline for recovery.

11

12    As of the present date, my condition has taken a dramatic turn for the worse. If this is

13  a long-term turn, I will again suffer business related losses.

14

15    **INTERROGATORY NO. 15**:  Are there are any outstanding liens or subrogated

16  interests of any kind relating to the March 20, 2014, incident or Agent Egbert? If so, please

17  identify each person or entity claiming a lien or interest, the amount claimed, and the reason

18  therefore.

19    **ANSWER**:

20    There are no known outstanding liens or subrogated interests relating to the March

21  20, 2014 incident.

22

23    **INTERROGATORY NO. 16**:  Have you ever applied for, been eligible for, or

24  enrolled in Medicare, regardless of whether you are currently enrolled in Medicare? If so,

25

26

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

please explain specifically and in detail when and why you applied, became eligible, or enrolled.

> *(Note: This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. § 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007, and 42 U.S.C. § 1395y(b)(2), also known as the Medicare Secondary Payer Act. If you are not currently a Medicare beneficiary but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time.)*

**ANSWER**:

On September 1, 2011, I applied for disability benefits from Social Security. I was granted Social Security Disability in 2012. I turned 65 in 2014 and had also been on Social Security Disability for two years. I qualified for Medicare, which has been in effect since 01 Feb. 2014.

I have provided the documentation that I have for my disability application and a copy of my Medicare card.

**INTERROGATORY NO. 17**:  Have you ever applied for disability or worker's compensation benefits? If so, please identify the entity or agency to which you applied, and state the reason you applied for the benefits, the date you applied, and the result of the application.

**ANSWER**:

Yes, I applied for disability through Social Security in 2011 because my physician believed I would be eligible. I was granted Social Security Disability on 04 March, 2012, which was retro-active to February, 2012.  I was moved from Disability to Social Security Retirement 02 October, 2015 after I turned 65. I have provided a copy of my application from disability from 2011 along with documents submitted as Social Security was following in 2014.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 22

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**INTERROGATORY NO. 18**:  Please identify all persons who have been employed by you or the Smuggler's Inn (whether as employees or independent contractors) since January 1, 2009, providing each person's name, address, telephone number, and e-mail address; the dates of employment; job title; and salary or wages.

**ANSWER**:

| Name | Address | Telephone | Email | Dates of Employment | Job Title | Salary or Wages |
|---|---|---|---|---|---|---|
| **Laura Masirow** | ▮ ▮ | ▮ ▮ | | Various days | Cook/ House Keeper | $10 or $11 per hour |
| **John Henifin** | | ▮ ▮ | | Various days | Driver – Maintenance - Housekeeping | $10 or $11 per hour |
| **Maria Isabel Dermendziex** | | ▮ ▮ | | Various days | House Keeper | $10 or $11 per hour |
| **Darline Hallmark** | | ▮ ▮ | | Various days | House Keeper | $10 or $11 per hour |
| **Jake Nelson** | | ▮ ▮ | | Various days | Maintenance - Housekeeping | $10 or $11 per hour |

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | | | | | | |
|---|---|---|---|---|---|---|
| 1<br>2<br>3 | **Jason**<br>**Surowickie** | ███ ██ | | Various days | Gardener –<br>Mechanic –<br>Inn Keeping | $10 or<br>$11 per<br>hour |
| 4<br>5<br>6 | **Josh**<br>**Vandergrine** | ███ ██ | | Various days | Gardener -<br>Mechanic | $10 or<br>$11 per<br>hour |
| 7<br>8<br>9 | **Andrew Poll** | ███ ██ | | Various days | Yard Work –<br>Housekeeping | $10 or<br>$11 per<br>hour |
| 10<br>11<br>12 | **Nathan**<br>**Mattly** | ███ ██ | | Various days | Housekeeping<br>– Yard Work | $10 or<br>$11 per<br>hour |
| 13<br>14<br>15 | **Lei-launi**<br>**Burford** | ███ ██ | | | Bookkeeper | $110-<br>$170 per<br>rmonth |

There have been approximately 35 others worked a few days on contract. They were paid cash under $6000.00.

**INTERROGATORY NO. 19**: Please identify all persons who have crossed the border (either into Canada or into the United States) via your property since January 1, 2009, providing each person's name, address, telephone number, and e-mail address; and for each person, state the date of the border crossing and whether it was into Canada or the United States.

**ANSWER**:

This question is overly broad and not reasonably calculated to lead to the discovery of admissible evidence on the claims and defenses in this matter.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1                              s/ GREG BOOS, WSBA #8331

2                              GREG BOOS, WSBA #8331

3        To the extent that such information is available, it would be available through the

4 government.

5        Without waiving this objection, we know of the following:

6        I have no personal knowledge of the identities all persons who have crossed the

7 border via my property since 2009. I suggest that the US Federal Government has the best

8 information available regarding your query for those that have crossed into the U.S. I suggest

9 that Public Safety Canada or the RCMP or other branch of the Canadian Government has the

10 best information available for those who have crossed into Canada.

11

12        **INTERROGATORY NO. 20**: Please identify all persons who have been arrested in

13 or near one of your vehicles or on or near your property since January 1, 2009, providing

14 each person's name, address, telephone number, and e-mail address; and for each person,

15 state the date of the arrest, the arresting agency, and the reason for the arrest.

16        **ANSWER**:

17        This question is overly broad and not reasonably calculated to lead to the discovery of

18 admissible evidence on the claims and defenses in this matter.

19                              s/ GREG BOOS, WSBA #8331

20                              GREG BOOS, WSBA #8331

21

22        To the extent that such information is available, it would be available through the

23 government.

24        Without waiving this objection, we know of the following:

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 25

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    In Dec 2010, a Mssr's Hussain and Farah were arrested on I-5 after leaving my

2    premises. The matter is detailed in documents filed in the Federal District Court for Western

3    Washington in the case of United States of America v. Naseer Hussain and Kim Farah, No.

4    CR09-427RSM. I do not have contact information for any of the individuals.

5    In December 2011, a Ms. Jasmin Klair was arrested on my property. She was

6    prosecuted in the Federal District Court for Western Washington in the case of United States

7    of America v. Sandhu et al., CR00422-JLR-3.  Details should be available in the court file.

8    Again, I do not have contact information for Ms. Klair. As this matter is referenced in one of

9    Mr. Egbert's pleadings filed in this matter, it would appear he has knowledge of the operative

10   details.

11   In addition to the above, I am aware that other individuals have been detained while

12   crossing my property. I do not know names or whether the detentions led to arrests.

13

14   **INTERROGATORY NO. 21**: Please  describe  specifically  and  in  detail  all

15   advertisements placed by you or the Smuggler's Inn since January 1, 2009, including the

16   form and content of each advertisement and when, where, and with whom it ran.

17   **ANSWER**:

18   Virtually all print advertisements for Smuggler's Inn have been published

19   through  Point Roberts Press Inc. which publishes

20   •    All Point Bulletin, the monthly community newspaper serving Point Roberts,

21        Washington and Tsawwassen, B.C. since 1985.

22   •    The Northern Light, the weekly community newspaper serving Blaine, Birch

23        Bay and Semiahmoo, Washington since 1995.

24

25

26

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

- Mount Baker Experience magazine is an award-winning quarterly adventure publication focusing on outdoor activities in northwestern Washington and B.C.'s lower mainland since 1986.
- Waterside magazine is the premier summer cross-border tourist guide to the coastal communities of northwest Washington and the south coast of B.C. It has been published annually since 1996.
- Pacific Coast Weddings magazine is the go-to guide to planning a wedding in northwest Washington and the lower mainland of B.C. It has been published continuously since 2003.
- Point Roberts Press also publishes annual maps of Blaine & Birch Bay, Ferndale, Point Roberts and the Mount Baker region. Advertiser-supported, each map features events, important contacts and road index.

I also advertise in other local newspapers & publications but not on a consistent and ongoing basis. Copies of as many of the advertisements that I have been able to compile are included.

If a website can be construed as an advertisement within the meaning of your interrogatory, I maintained a website for to attract vacationers to Smuggler's Inn for many years.

The website, accessible via the worldwide web at www.smugglersinnblaine.com, is a condensed version of the website when it was under my control. I say "condensed" as I failed to renew my domain name this year and an unknown party has acquired it. Instead of contacting me to see if I want to repurchase my domain name or clearing the website from all content other that a notice that the domain name is for sale, the unknown purchaser deleted

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 27

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

much of my website and has left only skeletal information about booking a stay at Smuggler's Inn.

However you may see the website as it existed at various dates while under my ownership by using an internet site titled *Internet Archive WayBackMachine*. Please go to http://web.archive.org/web/20051201000000*/www.smugglersinnblaine.com/ through which you may access 94 discrete versions of my website dating from June 2003 to June 2017.

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:  Please produce all documents identified in your answers to the above interrogatories.

**RESPONSE**:
- 2011 Application for Social Security Disability (RFP 1.1)
- 2014 Response to Social Security Request for Information (RFP 1.2)
- Copy of Medicare Card (RFP 1.3)
- Copy of Smuggler's Inn Advertisements (RFP 1.4)

**REQUEST FOR PRODUCTION NO. 2**:  If you have maintained any social-media accounts for yourself or the Smuggler's Inn (Myspace, LinkedIn, Twitter, Instagram, Pinterest, etc.) at any time since January 1, 2012, please produce a copy of your profile page, including every posting, from January 1, 2012, to the present.

**RESPONSE**:

**https://www.facebook.com/pages/Smugglers-Inn/579075455563719**

**https://www.tripadvisor.com/Hotel_Review-g58359-d8491888-Reviews-Smuggler_s_Inn_Bed_Breakfast-Blaine_Washington.html**

Copy of Facebook and TripAdvisor Pages (RFP 2)

**REQUEST FOR PRODUCTION NO. 3**:  Please produce all documents (including diary entries, notes, blog posts, letters, e-mails, text messages, instant or chat messages, messages on social-media websites, and comments posted to social-media websites) that reflect your thoughts or experiences relating to the March 20, 2014, incident, Agent Egbert, or your claimed injuries and damages.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 29

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2      **RESPONSE**:

      Most emails and text messages that pertain to the March 20, 2014 incident have

3    already been produced.  I provide one other email here:

4      19 September 2014 Email (RFP 3)

5

6      **REQUEST FOR PRODUCTION NO. 4**:  Please produce all statements made by

7    you, whether written or recorded, relating to the March 20, 2014, incident, Agent Egbert, or

8    your claimed injuries and damages.

9      **RESPONSE**:

10      These items have already been produced, and include:

11         • Affidavit from Investigatory Report

12         • Text Messages

13         • Tort Claims

14

15      **REQUEST FOR PRODUCTION NO. 5**:  Please produce all witness statements,

16    whether written or recorded, relating to the March 20, 2014, incident, Agent Egbert, or your

17    claimed injuries and damages.

18      **RESPONSE**:

19      Please see statements from Nathan Mattly, which has already been produced.

20

21      **REQUEST FOR PRODUCTION NO. 6**:  Please produce all documents that refer

22    or relate to Kaya Fikret, his transportation, or his stay at the Smuggler's Inn on or around

23    March 20, 2014.

24      **RESPONSE**:

25      A copy of Kaya Fikret's passport and airplane ticket have already been provided.

26

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2          **REQUEST FOR PRODUCTION NO. 7**:   Please produce all written or recorded

3    communications (including voicemail messages, letters, e-mails, text messages, instant or

4    chat messages, and messages on social-media websites) with Kaya Fikret or his

5    representatives.

6          **RESPONSE**:

7          There was no written or recorded communication with Kaya Fikret.

8

9          **REQUEST FOR PRODUCTION NO. 8**:   Please produce all documents exchanged

10   with Kaya Fikret or his representatives.

11         **RESPONSE**:

12         There were no documents exchanged with Kaya Fikret other than the passport and

13   ticket which have already been provided.

14

15         **REQUEST FOR PRODUCTION NO. 9**:   Please produce all written or recorded

16   communications (including voicemail messages, letters, e-mails, text messages, instant or

17   chat messages, and messages on social-media websites) with the United States or its

18   employees that refer or relate to the March 20, 2014, incident, Agent Egbert, your claimed

19   injuries and damages, or Kaya Fikret.

20         **RESPONSE**:

21         The written communication submitted to US government employees has already been

22   provided, except as provided in the privilege loge or otherwise prohibited in United States

23   government rules. This has included the text messages provided in my initial disclosures.

24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

**REQUEST FOR PRODUCTION NO. 10**:   Please produce all documents

2   exchanged with the United States or its employees that refer or relate to the March 20, 2014,

3   incident, Agent Egbert, your claimed injuries and damages, or Kaya Fikret.

4   **RESPONSE**:

5   These documents have already been provided and include:

6   • Tort Claim

7   • Emails

8   • Text Messages.

9   • Audit Records

10   • Medical Records

11

12   **REQUEST FOR PRODUCTION NO. 11**:  Please produce all written or recorded

13   communications (including voicemail messages, letters, e-mails, text messages, instant or

14   chat messages, and messages on social-media websites) with Jim Harber or his

15   representatives that refer or relate to the March 20, 2014, incident or your claimed injuries

16   and damages.

17   **RESPONSE**:

18   All communication with Jim Harber was done over the phone.

19

20   **REQUEST FOR PRODUCTION NO. 12**:   Please produce all documents

21   exchanged with Jim Harber or his representatives that refer or relate to the March 20, 2014,

22   incident or your claimed injuries and damages.

23   **RESPONSE**:

24   All communication with Jim Harber was done over the phone.

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  **REQUEST FOR PRODUCTION NO. 13**:  Please produce all documents related to

2  any government inquiry or action (IRS audit, Social Security audit, etc.) you allege was

3  instituted because of Agent Egbert.

4      **RESPONSE**:

5      Documents relating the audit have already been provided.

6      For documents relating to Social Security Agent Scott Henderson, please see Request

7      for Production No. 16.

8      Other documents, which I am including now are:

9      •  Documents from the Whatcom County Assessor's Office (RFP 13.1)

10     •  Documents from the Washington Department of Health (RFP 13.2)

11     •  Documents from the Washington Department of Licensing (RFP 13.3)

12     •  Documents from the Social Security Administration (RFP 13.4)

13

14 **REQUEST FOR PRODUCTION NO. 14**:  Please produce all written or recorded

15 communications (including voicemail messages, letters, e-mails, text messages, instant or

16 chat messages, and messages on social-media websites) with Donald Starr, Rachel Martinen,

17 or their representatives that refer or relate to the IRS's audit, Agent Egbert, or your claimed

18 damages.

19     **RESPONSE**:

20     The documents that I have regarding interaction with Donald Starr and Rachel

21 Martinen have already been provided.

22

23 **REQUEST FOR PRODUCTION NO. 15**:  Please produce all documents

24 exchanged with Donald Starr, Rachel Martinen, or their representatives that refer or relate to

25 the IRS's audit, Agent Egbert, or your claimed damages.

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 33

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3        **RESPONSE**:

4            The documents that I have regarding interaction with Donald Starr and Rachel

5     Martinen have already been provided.

6

7        **REQUEST FOR PRODUCTION NO. 16**:  Please produce all written or recorded

8     communications (including voicemail messages, letters, e-mails, text messages, instant or

9     chat messages, and messages on social-media websites) with Scott Henderson or his

10    representatives that refer or relate to the Social Security audit, Agent Egbert, or your claimed

11    damages.

12        **RESPONSE**:

13            I have written notes about this visit from Scott Henderson, which have been provided.

14    I also include an email string between my Attorney Greg Boos and Agent Henderson.

15            Exchange between Greg Boos & Scott Henderson (RFP 16)

16

17        **REQUEST FOR PRODUCTION NO. 17**:   Please produce all documents

18    exchanged with Scott Henderson or his representatives that refer or relate to the Social

19    Security audit, Agent Egbert, or your claimed damages.

20        **RESPONSE**:

21            Please see documents produced in Request for Production No. 16.

22

23        **REQUEST FOR PRODUCTION NO. 18**:  Please produce all written or recorded

24    communications (including voicemail messages, letters, e-mails, text messages, instant or

25    chat messages, and messages on social-media websites) with any current or former employee

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

or independent contractor of yours or the Smuggler's Inn that refer or relate to the March 20, 2014, incident, Agent Egbert, your claimed injuries and damages, or Kaya Fikret.

**RESPONSE**:

All written communication relating to the March 20, 2014 has already been given.

**REQUEST FOR PRODUCTION NO. 19**:   Please produce all documents exchanged with any current or former employee or independent contractor of yours or the Smuggler's Inn that refer or relate to the March 20, 2014, incident, Agent Egbert, your claimed injuries and damages, or Kaya Fikret.

**RESPONSE**:

All documents exchanged between employees about this incident have been provided.

**REQUEST FOR PRODUCTION NO. 20**:   Please produce all of your healthcare records since January 1, 2007.

**RESPONSE**:

In response to this request, we have provided you with a medical release allowing you to obtain my medical records since January 1, 2007.

To supplement the medical records I have provided in the initial disclosures, I provide the following:  Medications, Labs, and Appointment Notice (RFP 20)

**REQUEST FOR PRODUCTION NO. 21**:   Please produce all medical bills relating to care you contend was necessary because of the March 20, 2014, incident.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**RESPONSE**:

The medical bills in my possession relating to this incident have already been produced.

The release provided to you should produce the rest of the bills.

**REQUEST FOR PRODUCTION NO. 22**:   If you allege any income loss, diminished earning capacity, or business-expectancy loss, please produce all records that document your or the Smuggler's Inn's income since January 1, 2007, including W-2 forms, income-tax returns, and records of cash earnings.

**RESPONSE**:

The tax records for years 2011 through 2015 have already been provided.  The documents that I have relating to 2008, 2009, 2010, and 2016 are provided here. I cannot locate my 2007 tax return, but I have provided you with a signed IRS 4506 form for obtaining this document. I have also provided you with releases for the Employment Security Department and the Social Security Administration to allow you to get further information.

Tax and Financial Records for 2008, 2009, 2010, and 2016 (RFP 22)

**REQUEST FOR PRODUCTION NO. 23**:  Please produce all documents relating to liens or subrogated interests of any kind arising out of the March 20, 2014, incident, including any correspondence from the Department of Labor and Industries, Medicare, or any insurance carrier.

**RESPONSE**:

There are no known liens or subrogated interests relating to this incident.

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**REQUEST FOR PRODUCTION NO. 24**:  Please produce all documents relating to any applications you made for public assistance, Social Security, unemployment, disability, or worker's compensation payments.

**RESPONSE**:

My applications for Social Security Disability are provided in the following:
- 2011 Application for Social Security Disability (RFP 1.1)
- 2014 Response to Social Security Request for Information (RFP 1.2)

**REQUEST FOR PRODUCTION NO. 25**:  Please produce all other documents that support your claims for damages, including all documents that support each element of special damages and general damages you claim and how the amount was determined or calculated.

**RESPONSE**:

I provide you with copies of newspaper articles that I have:

- Newspaper articles for Smugglers Inn (RFP 25)

Medical and financial documents are being gathered by Defendant's lawyer pursuant to releases provided.

**REQUEST FOR PRODUCTION NO. 26**:  Please produce all documents relating to any of your criminal convictions, guilty pleas, or pleas of no contest.

**RESPONSE**:

Please see my response to Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 27**:  Please produce all releases, covenants, or settlement documents of any kind that relate to the March 20, 2014, incident, Agent Egbert, or your claimed injuries and damages.

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1   **RESPONSE**:

2   None.

3

4   **REQUEST FOR PRODUCTION NO. 28**:  Please produce copies of all audio

5   recordings, photographs, and videos of your interaction with Agent Egbert on March 20,

6   2014.  If available, please produce the documents in electronic (JPEG or MPEG) format.

7   **RESPONSE**:

8   I do not have any available.

9   **REQUEST FOR PRODUCTION NO. 29**:  Please produce copies of all

10  photographs and videos of your injuries.  If available, please produce the documents in

11  electronic (JPEG or MPEG) format.

12  **RESPONSE**:

13  Images of my injuries can be found in my medical records.

14

15  **REQUEST FOR PRODUCTION NO. 30**:  Please produce copies of all

16  photographs and videos taken after the March 20, 2014, incident that depict you engaging in

17  any sports or recreational activities.  If available, please produce the documents in electronic

18  (JPEG or MPEG) format.

19  **RESPONSE**:

20  I have none available.

21

22  **REQUEST FOR PRODUCTION NO. 31**:  Please produce copies of any

23  transportation licenses issued to you or any companies in which you have an ownership

24  interest since January 1, 2007.

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**RESPONSE**:

A copy of authorization from the Transient Authority is included:

- Authorization from the Transient Authority and Business License (RFP 31)

**REQUEST FOR PRODUCTION NO. 32**:  If you know of any other documents or tangible items that might be relevant to this lawsuit, please produce them.

**RESPONSE**:

We believe that CBP has many documents relevant to this case but we have not yet identified them with exception of the investigatory report, which we received in redacted form and have provided the defendant with a copy.

I also provide a record of the easement that is part of my property:

- Easement (RFP 32)

There are photos of CBP blocking my driveway and I am working on getting them.


DATED: October 9, 2017

MILLS MEYERS SWARTLING P.S.
Attorneys for Agent Erik Egbert


By: _____

Geoffrey M. Grindeland, WSBA No. 35798
Nikki C. Carsley, WSBA No. 46650
Mills Meyers Swartling P.S.
1000 2nd Avenue, 30th Floor
Seattle, WA  98104
Telephone: (206) 382-1000
Fax: (206) 386-7343
E-mail: ggrindeland@millsmeyers.com
          ncarsley@millsmeyers.com

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

## ATTORNEY CERTIFICATION

2    I hereby certify that, to the best of my knowledge, information, and belief formed

3 after a reasonable inquiry, these discovery responses, including any objections, comply with

4 FRCP 26 and applicable law.

5    DATED:  _Oct 9, 2017_

6

7                    CASCADIA CROSS-BORDER LAW
                     Attorneys for Plaintiff
8

9    By: _____
10                    Gregory Boos
                     WSBA No. 8331
11                    W. Scott Railton
                     WSBA No. 28413
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

## VERIFICATION BY PLAINTIFF

2      I declare under penalty of perjury under the laws of Washington and the United States

3   that these discovery responses are complete and correct.

4      DATED: _____10-7-17_____ at _____BlAiNe._____, Washington.

5                    (date)                    (city)

6

7      _____

8      Robert Boule

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 41

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner indicated a copy of the within and foregoing document upon the following persons:

*Attorneys for Plaintiff:*

Breean L. Beggs
Paukert & Troppmann, PLLC
522 W Riverside Ave, Ste 560
Spokane, WA  99201

☐ Via first class mail, postage prepaid
☐ Via facsimile to 509-232-7762
☐ Via legal messenger
☑ Via e-mail to
    bbeggs@pt-law.com
    hhoffman@pt-law.com

Gregory Donald Boos
W. Scott Railton
Cascadia Cross-Border Law
1305 11th St, Ste 301
Bellingham, WA  98225

☐ Via first class mail, postage prepaid
☐ Via facsimile to 360-676-5459
☐ Via legal messenger
☑ Via e-mail to
    gdboos@cascadia.com
    srailton@cascadia.com

DATED: October 9, 2017

_____
Anna Armitage

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO ROBERT BOULE AND PLAINTIFF'S RESPONSES
THERETO (No. 2:17-cv-00106-RSM) - 42

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

CERTIFICATE OF SERVICE:

2          I hereby certify that on the ___9th___ day of October,  2017, I emailed a copy of

3   this document to the following:

4          Breean Lawrence Beggs      bbeggs@pt-law.com, hhoffman@pt-law.com

5          Gregory Donald Boos    gdboos@cascadia.com

6
           W. Scott Railton   srailton@cascadia.com
7
           Geoffrey M. Grindeland        ggrindeland@millsmeyers.com,
8          kfielder@millsmeyers.com

9          Karen Fielder   kfielder@millsmeyers.com

10
           Nikki C. Carsley       ncarsley@millsmeyers.com, aarmitage@millsmeyers.com
11
           Michael Russell   mrussell@millsmeyers.com
12

13
           I declare under penalty of perjury under the laws of the United States of America that
14
      the foregoing is true and correct.
15

16                                    s/ GREG BOOS, WSBA #8331
                                      GREG BOOS, WSBA #8331
17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343