

1305 11th Street, Suite 301
Bellingham, WA  98225
T: 360.671.5945
F: 360.676.5459
www.cascadia.com

Reply To:
**Greg Boos**, Attorney at Law
gdboos@cascadia.com

13 February 2018

Nikki C. Carsley
Mills Meyers Swartling P.S.
1000 Second Avenue 30th Floor
Seattle, WA 98104
(206) 812-7486

**VIA EMAIL**

Re:  *Boule v. Egbert, et al.*
     **US District Court for the Western District of Washington**
     **Case No. 2:17-cv-00106-RSM**
     **Supplementation of Plaintiff's discover responses**

Dear Ms. Carsley,

I write to supplement Mr. Boule's responses to specific discovery requests.

**INTERROGATORY NO. 2 – Residences:**
Counsel has conferred with client and client does not currently have a recollection of any further responsive information or documents.

**INTERROGATORY NO. 5 – Businesses:**
Please accept this as an update and addition to information already provided. Mr. Boule has informed counsel that he has found a Master Business License issued by the State of Washington and signed by the Director of the Department of Revenue identifying the names of his business as Robert Joseph Boule, Smugglers Consulting, and Smugglers Inn Bed and Breakfast. The license identifies the business as a sole proprietorship.

**INTERROGATORY NO. 8 – Claims for Damages**: Thank you for spotting this error. To the best of Mr. Boule's knowledge and belief, the approximate date that Mr. Boule collected against Titan Insurance was August or September 2017.

**EXHIBIT H**

**INTERROGATORY NO. 10 – Kaya Fikret:**
Mr. Boule has a good faith belief that he is not permitted under Washington law to provide the private information of his guests to Mr. Egbert without judicial approval, especially since Mr. Egbert is currently an employee of the United States Customs and Border Protection. Mr. Egbert has not provided any persuasive legal authority to the contrary. Mr. Boule does not have any additional objection to the requested discovery.

**INITIAL DISCLOSURES CALCULATION OF DAMAGES (This update to Mr. Boule's Intial Disclosures is placed here as it is related to Interrogatory No. 11/**

Medical Expenses

Plaintiff has identified at least $1,920.60 in medical bills for treatment visits as set out in the attached spreadsheet. There are at least four additional physical therapy visits at St. Joseph Medical Center that are noted on the spreadsheet but for which Plaintiff does not yet have the bills. There may also be additional bills for visits that have not yet been identified.

Loss of Income

Plaintiff estimates that his injuries were such that his business failed to achieve maximum profitability; 2015 profitability should have been equal to or greater than 2016 (profitability(the loss amounts to $63,542 minus the $16164 actually achieved), and 2016 profitability should have been 20% higher ($76,250) than the figure actually achieved($63,542) - (the loss amounts to $76,250 minus the $63,542 actually achieved).

**INTERROGATORY NO. 11**
Plaintiff previously disclosed his physical injuries and exacerbations caused by Mr. Egbert. Below are treatment details and costs that have been directly identified with those injuries. Plaintiff also suffered general damages of pain, emotional distress and loss of enjoyment of life arising out of the incident and the injuries and exacerbations.

See the following spreadsheet for related provider visits and costs that have been identified to date. Total bills on spreadsheet equal $1,920.60 but do not include the bills for four physical therapy visits at St. Joseph Medical Center that are noted on the spreadsheet. Investigation continues.

TREATMENT DATES/RECORDS/BILLING
FOR ROBERT BOULE
APPLICABLE TO DOI: 3/20/2014

We have all of the following Medical Records and Bills, *with the exception of bills for **St. Joseph Medical Center-Center for Rehabilitation Services, Outpatient** Physical Therapy  (Katherine Peterson, PT) and Evaluation (Jacqueline Broselle). See highlighted notations "need bill."*

| Date of Service | Sea Mar Clinic (Dr. Boustead) | Code | Treatment | Bill |
|---|---|---|---|---|
| 3/24/2014 | | 724.5 | Back pain | $150.00 |
| 4/8/2014 | | 724.5 | Back pain | $100.00 |
| 5/6/2014 | | 724.5 | Back pain | $100.00 |
| 9/24/2014 | | 99213 | Backache NOS | $100.00 |
| 11/3/2014 | | | Back pain | $150.00 |
| 12/30/2014 | | 724.5 | Back pain | $150.00 |
| | TOTAL | | | $750.00 |

| Date of Service | Physiatry Associates (Dr. Sakahara) | Code | Type | Bill |
|---|---|---|---|---|
| 11/25/2014 | | | | $351.60 |
| 2/9/2015 | | | | $246.60 |
| 4/27/2015 | | | | $183.60 |
| | TOTAL | | | $351.60 |

| Date of Service | Mt. Baker Imaging | Code | Type | Bill |
|---|---|---|---|---|
| 3/25/2014 | | Lumbar Spine | Xray | $196.00 |
| 12/1/2014 | | Exam-Hip Bilateral Wap Pelvis | Xray | $146.00 |
| | TOTAL | | | $342.00 |

| Date of Service | Whatcom PT (Whiting) | CODE | Type | Bill |
|---|---|---|---|---|
| 7/14/2014 | | 97001-PT Eval | PT Eval | $92.00 |
| 7/14/2014 | | 97035, 97110, 97140 | PT for backache | $105.00 |
| 7/16/2014 | | 97035, 97110, 97140 | PT for backache | $105.00 |
| 7/22/2014 | | 97035, 97110, 97140 | PT for backache | $105.00 |
| 7/24/2014 | | 97035, 97140 | PT for backache | $70.00 |
| | TOTAL | | | $477.00 |

| Date of Service | St. Joseph Medical Center - Center for Rehab Medicine -Outpatient Therapy Services | Code | | Bill |
|---|---|---|---|---|
| 3/4/2015 | Kathryn Peterson, PT | | PT-shoulder, hip | need bill |
| 3/6/2015 | Kathryn Peterson, PT | | | need bill |
| 3/18/2015 | Kathryn Peterson, PT | | | need bill |
| | TOTAL | | | TBD |

| Date of Service | St. Joseph Medical Center - Center for Rehab. Medicine | Code | | Bill |
|---|---|---|---|---|
| 5/28/2015 | Jacqueline Broselle, PT | Initial Eval | | need bill |
| | TOTAL | | | TBD |
| GRAND TOTAL | | | | TBD |

**INTERROGATORY NO. 12: Permanent Injury**
In addition to Plaintiff's prior answer, Plaintiff has not been told by any treatment provider to date that his physical injuries are permanent.

**INTERROGATORY NO. 14  - Lost Income**
Plaintiff estimates that his injuries were such that his business failed to achieve maximum profitability; 2015 profitability should have been equal to or greater than 2016 profitability (the loss amounts to $63,542 minus the $16,164 actually achieved), and 2016 profitability should have been 20% higher ($76,250) than the figure actually achieved ($63,542) - (the loss amounts to $76,250 minus the $63,542 actually achieved). The total loss is $60,086.

**INTERROGATORY NO. 17 - Disability**
Mr. Boule's physician believed he might be eligible for disability. The physician may have discussed his reasons for this belief, but if he did, Mr. Boule does not currently have a recollection of any further responsive information or documents. The name of the Social Security Physician Mr. Boule saw was Mark Heilbrunn, MD as already provided; Mr. Boule does not currently have a recollection of any further responsive information from Mark Heilbrunn, MD.

**INTERROGATORY NO. 18 - Employees**
Counsel has conferred with client and client does not currently have a recollection of any further responsive information or documents.

**INTERROGATORY NO. 19 – Persons Crossing Via Property**
Our client recently described to us a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in his possession that would be responsive to one or more of your discovery requests but that he is unable to share with you unless given permission by the United States.

**INTERROGATORY NO. 20 - Persons arrested in Vehicles or on Property**
Our client recently described to us a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in his possession that would be responsive to one or more of your discovery requests but that he is unable to share with you unless given permission by the United States.

**INTERROGATORY NO. 21 - Advertisements**:
Thank you for catching this error. Mr. Boule's new domain name is: http://smugglersinnbandb.com

**RFP No. 2 – Social Media:**
Attached to the e-mail through which the letter is being transmitted to you please find a printout of the Bob Boule Facebook page that was intended to be sent you on February 7, 2018.

**RFP No. 3-Your Thoughts and Experiences:**
Counsel has conferred with client and client does not currently have a recollection of any further responsive information or documents.

**RFP No. 6 – Documents Relating to "Kaya Fikret":**
Mr. Boule has a good faith belief that he is not permitted under Washington law to provide the private information of his guests to Mr. Egbert without judicial approval, especially since Mr. Egbert is currently an employee of United States Customs and Border Protection. Mr. Egbert has not provided any persuasive legal authority to the contrary. Mr. Boule does not have any additional objection to the requested discovery.

**RFP No. 18-Written or Recorded Communications Exchanged With Current or Former Employees**
Counsel has conferred with client and client does not currently have a recollection of any further responsive information or documents.

**RFP No. 19 Written or Recorded Communications Exchanged with Current or Former Employee**
Counsel has conferred with client and client does not currently have a recollection of any further responsive information or documents.

**RFP No. 22 - Income Documentation**
As per representations made by counsel to Geoffrey M. Grindeland of your firm, Mr. Boule's 2017 tax return will be provided when finalized, In the meantime, Mr. Boule has provided interim financial documents for 2017 via counsel to Mr. Grindeland. Mr. Boule further advises that he does not keep a segregated accounting for cash earnings.

**RFP No. 29 -Photos or Videos of Injuries**
Mr. Boule has no photographs or videos of his injuries.

**RFP No. 31 – Transportation License:**
Mr. Boule has these transportation licenses besides his Transient Accommodation License;
1) WA State Driver's License for himself, and 2) Licenses (license plates) for his automobiles. To the best of Mr. Boule's knowledge and belief, the transportation activities to which he confines himself require no license separate from these licenses and his Transient Authority and Business License.

**RFP No. 32 – Other Tangible Items**
In addition to that provided to date, please find attached to the e-mail through which this letter is delivered to you a title report for Mr. Boule's premises in Blaine WA. Please also find copies of easements to allow Mr. Boule access to his premises in Blaine WA. These documents will be sent via separate e-mail because of document size.
Also attached as part of this e-mail, please find an additional document re state agency response to a call that Mr. Egbert may or may not have made.

Sincerely,

Greg Boos
Attorney at Law