UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BOULE,

    Plaintiff,

v.

ERIK EGBERT, *et al.*,

    Defendants.

Case No. C17-0106RSM

ORDER DIRECTING RELEASE OF INFORMATION

On Friday, March 2, 2018, this Court held a hearing on the pending motions regarding various discovery requests. As a result of that hearing, the Court now hereby ORDERS the Bureau of Immigration and Customs Enforcement ("ICE") to disclose the information discussed by the parties on March 2, 2018.

DATED this 2nd day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1