UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT BOULE,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIK EGBERT and JANE DOE EGBERT and their marital community,<br><br>        Defendants. | No. 2:17-cv-00106-RSM<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL OF MALICIOUS-PROSECUTION COUNTERCLAIM |
| ERIK EGBERT,<br><br>        Counterclaimant,<br><br>  v.<br><br>ROBERT BOULE,<br><br>        Counterdefendant. | |

**STIPULATED MOTION**

It is hereby stipulated by all parties that Agent Egbert's malicious-prosecution counterclaim should be dismissed under FRCP 41(c) without an award of fees or costs. Mr.

STIPULATED MOTION FOR ORDER OF DISMISSAL
OF MALICIOUS-PROSECUTION COUNTERCLAIM
(No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Boule hereby strikes as moot his pending Motion for Summary Judgment on Agent Egbert's malicious-prosecution counterclaim (Dkt. 61), and the parties jointly request that the Court enter the Order of Dismissal below.

DATED: May 2, 2018

| CASCADIA CROSS-BORDER LAW<br>Attorneys for Plaintiff | MILLS MEYERS SWARTLING P.S.<br>Attorneys for Agent Erik Egbert |
|---|---|
| By: *s/Greg Boos per 5/1/18 e-mail authority*<br>Greg Boos, WSBA No. 8331<br>W. Scott Railton, WSBA No. 28413<br>Cascadia Cross-Border Law<br>1305 11th Street, Suite 301<br>Bellingham, WA 98225<br>Telephone: (360) 671-5945<br>E-mail: gdboos@cascadia.com<br>   srailton@cascadia.com | By: *s/Nikki C. Carsley*<br>Geoffrey Grindeland, WSBA No. 35798<br>Nikki C. Carsley, WSBA No. 46650<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>   ncarsley@millsmeyers.com |

## ORDER OF DISMISSAL

Based on the foregoing, IT IS ORDERED that Agent Egbert's counterclaim for malicious prosecution is DISMISSED under FRCP 41(c) without an award of fees or costs to any party.

DATED: May 2, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ORDER OF DISMISSAL
OF MALICIOUS-PROSECUTION COUNTERCLAIM
(No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343