# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT BOULE,

    Plaintiff,

v.

ERIK EGBERT, *et al.*,

    Defendants.

Case No. C17-0106RSM

ORDER GRANTING MOTION TO COMPEL AND FOR EXTENSION OF DISCOVERY DEADLINE

THIS MATTER comes before the Court on Defendant's Motions to Compel Discovery (Dkt. #60) and for Extension of Deadlines for Certain Discovery and Dispositive Motions (Dkt. #63). Plaintiff did not oppose the motion. Dkt. #69. Non-parties U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE") essentially respond that the information sought by Defendant Egbert may now be disclosed. Dkt. #56. The Agencies do not address or oppose the substantive arguments made by Defendant Egbert as to the scope of documents and/or information he is seeking. *Id.*

Pursuant to this Court's Local Civil Rules, "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). The Court deems the Agencies' failure to respond to all of Defendant Egbert's motion to be such an admission in this case.

Accordingly, having reviewed the motions, the responses thereto and replies in support thereof, along with the remainder of the record, the Court hereby finds and ORDERS:

ORDER
PAGE - 1

1. Defendant's Motion to Compel (Dkt. #60) is GRANTED. For the reasons set forth by Defendant Egbert in his motion and reply brief, the Court agrees that an Order compelling the completion of discovery is warranted. Accordingly:

    a. **No later than fourteen (14) days from the date of this Order**, ICE and CBP shall produce the records responsive to Agent Egbert's subpoenas;

    b. **No later than ten (10) days from the date of this Order**, ICE and CBP shall issue to Plaintiff's counsel written authorization for Mr. Boule to testify freely about all relevant issues in this matter;

    c. **No later than ten (10) days from the date of this Order**, ICE and CBP shall issue to defense counsel written authorization for Agent Egbert and nonparty witnesses, including Agent Olson and former Agent Andersen, to disclose and testify about all relevant information regarding Mr. Boule and the Smuggler's Inn;

    d. **No later than twenty-one (21) days from the date of this Order**, Mr. Boule's deposition shall be resumed;

    e. CBP and ICE shall pay the reasonable fees and costs Agent Egbert incurred to bring this motion, and the reasonable fees and costs Agent Egbert will incur to take the resumed depositions of Mr. Boule and Agent Olson. **No later than 14 days after the depositions of Mr. Boule and Agent Olson**, Defendant Egbert shall submit a supplemental motion for attorney fees, supported with a Declaration of his fees associated with his Motion to Compel and the continued depositions of Mr. Boule and Agent Olson. The supplemental motion shall be noted for the second Friday after it is filed. The Agencies and

Plaintiff may file Responses no later than the Monday before the noting date, addressing only the reasonableness of the fees requested. No Reply shall be filed.

    f. Nothing in this Order shall be construed to prevent Plaintiff's counsel from making good-faith objections pursuant to FRCP 30(c) during his deposition that are unrelated to alleged confidentiality issues.

2. Defendant's Motion for an Extension of Deadlines for Certain Discovery and Dispositive Motions (Dkt. #63) is GRANTED IN PART. For the reasons set forth in Defendant's motion, the Court finds good cause for an extension of the discovery deadline for certain areas of discovery and for dispositive motions. However, due to the timing of this Order and the fact that documents remain to be produced and depositions to be taken, and the fact that a trial in this matter is currently scheduled for July 23, 2018, the Court shall STRIKE THE CURRENT TRIAL DATE AND PRE-TRIAL DEADLINES from the discovery deadline forward. **No later than fourteen (14) days from the date of this Order, the parties shall meet and confer and submit a Joint Status Report proposing a new trial date and associated pre-trial deadlines for the Court's consideration. The parties are free to contact the Court's In-Court Deputies for available trial dates prior to submitting the Joint Status Report.**

DATED this 14 day of May, 2018

                             RICARDO S. MARTINEZ
                             CHIEF UNITED STATES DISTRICT JUDGE