Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT BOULE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIK EGBERT and JANE DOE EGBERT and their marital community,<br><br>　　　　　　　Defendants.<br><br>ERIK EGBERT,<br><br>　　　　　　　Counterclaimant,<br><br>　v.<br><br>ROBERT BOULE,<br><br>　　　　　　　Counterdefendant. | No. 2:17-cv-00106-RSM<br><br>AGENT EGBERT'S MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>July 13, 2018 |

Pursuant to Local Civil Rule 5(g) and the Stipulated Protective Order entered in this case (Dkt. 53), Agent Erik Egbert moves the Court to seal the following documents and information that have been designated by Plaintiff and the United States as confidential:

AGENT EGBERT'S MOTION TO SEAL
(No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1.  An unredacted version of Agent Egbert's Motion for Summary Judgment;

2.  An unredacted version of the Declaration of Agent Egbert;

3.  The Declaration of Anthony J. Neupert, CPA, with exhibits;

4.  The Declaration of Dennis Chong, M.D., with exhibit; and

5.  An unredacted version of Exhibits A–C to the Declaration of Geoffrey M. Grindeland in Support of Agent Egbert's Motion for Summary Judgment.

Defense counsel met-and-conferred by telephone with Plaintiff's attorney Greg Boos on June 20 and Assistant U.S. Attorney Kristin Johnson on July 3 in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal.

In response to this motion, Plaintiff and the United States will have the opportunity to explain why these documents should be kept under seal in compliance with Local Civil Rule 5(g)(3)(B).

DATED: July 5, 2018

        MILLS MEYERS SWARTLING P.S.
        Attorneys for Agent Erik Egbert

By: *s/Geoffrey M. Grindeland*
     Geoffrey M. Grindeland, WSBA No. 35798
     Nikki C. Carsley, WSBA No. 46650
     Mills Meyers Swartling P.S.
     1000 2nd Avenue, 30th Floor
     Seattle, WA  98104
     Telephone: (206) 382-1000
     Fax: (206) 386-7343
     E-mail: ggrindeland@millsmeyers.com
           ncarsley@millsmeyers.com

AGENT EGBERT'S MOTION TO SEAL
(No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Breean Lawrence Beggs: bbeggs@pt-law.com, hhoffman@pt-law.com, lswift@pt-law.com

Gregory Donald Boos: gdboos@cascadia.com, gdboos@gmail.com

W. Scott Railton: srailton@cascadia.com

Kristin Berger Johnson: kristin.b.johnson@usdoj.gov, amy.hanson@usdoj.gov, CaseView.ECF@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, hana.yiu@usdoj.gov

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants by U.S. Mail:

N/A

DATED: July 5, 2018

*s/Karrie Fielder*
Karrie Fielder

AGENT EGBERT'S MOTION TO SEAL
(No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343