Honorable Ricardo S. Martinez

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
   ROBERT BOULE,
9                                         No. 2:17-cv-00106-RSM
                        Plaintiff,
10                                        ORDER GRANTING AGENT EGBERT'S
             v.                           MOTION FOR SUMMARY JUDGMENT
11
   ERIK EGBERT and JANE DOE EGBERT        [PROPOSED]
12 and their marital community,
                                          NOTED ON MOTION CALENDAR:
13                      Defendants.       July 27, 2018

14
   ERIK EGBERT,
15
                        Counterclaimant,
16
             v.
17
   ROBERT BOULE,
18
                        Counterdefendant.
19

20        This matter comes before the Court on Agent Egbert's Motion for Summary Judgment.

21 The Court has reviewed and considered the files and pleadings in this case, including the

22 following:

23

ORDER GRANTING AGENT EGBERT'S MOTION FOR
SUMMARY JUDGMENT (No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1      1.      Agent Egbert's Motion for Summary Judgment;

2      2.      Declaration of Agent Egbert, with exhibits;

3      3.      Declaration of Anthony J. Neupert, CPA, with exhibits;

4      4.      Declaration of Dennis Chong, M.D., with exhibit;

5      5.      Declaration of Geoffrey M. Grindeland in Support of Agent Egbert's Motion

6      for Summary Judgment, with exhibits;

7      6.      Notice of Filing Physical Materials with the Clerk;

8      7.      Plaintiff's Response and supporting documents, if any; and

9      8.      Agent Egbert's Reply and supporting documents, if any.

10      Therefore, being fully advised, the Court GRANTS Agent Egbert's Motion for

11      Summary Judgment in its entirety. All claims against Agent Egbert are dismissed with

12      prejudice.

13      Pursuant to RCW 4.24.510, the Court FINDS that the information Agent Egbert

14      communicated to the government on June 5, 2014, was reasonably of concern to the

15      government. Accordingly, Agent Egbert is immune from civil liability for Plaintiff's claims

16      based on that communication. The Court further FINDS that Agent Egbert did not

17      communicate information to the government on June 5, 2014, in bad faith. Consequently,

18      summary judgment is entered in favor of Agent Egbert on his Anti-SLAPP Counterclaim.

19      Agent Egbert is entitled to recover the expenses and reasonable attorney's fees incurred in

20      establishing the defense, as well as statutory damages of ten thousand dollars ($10,000), from

21      Plaintiff.

22

23

ORDER GRANTING AGENT EGBERT'S MOTION FOR
SUMMARY JUDGMENT (No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1    No later than fourteen (14) days from the date of this Order, Agent Egbert shall submit

2    a supplemental motion for expenses and attorney's fees, supported with a Declaration of his

3    fees associated with establishing his Anti-SLAPP Counterclaim. The supplemental motion

4    shall be noted for the second Friday after it is filed. Plaintiff may file a Response no later than

5    the noting date, addressing only the reasonableness of the fees requested. No Reply shall be

6    filed.

7    DATED: _____

8

9

10   _____
     Honorable Ricardo S. Martinez
     CHIEF UNITED STATES DISTRICT JUDGE

11

     Presented by:
12
     MILLS MEYERS SWARTLING P.S.
13   Attorneys for Agent Erik Egbert

14   By:   *s/Geoffrey M. Grindeland*
           Geoffrey M. Grindeland, WSBA No. 35798
15         Nikki C. Carsley, WSBA No. 46650
           Mills Meyers Swartling P.S.
16         1000 2nd Avenue, 30th Floor
           Seattle, WA  98104
17         Telephone: (206) 382-1000
           Fax: (206) 386-7343
18         E-mail: ggrindeland@millsmeyers.com
                   ncarsley@millsmeyers.com
19

20

21

22

23

ORDER GRANTING AGENT EGBERT'S MOTION FOR
SUMMARY JUDGMENT (No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Breean Lawrence Beggs: bbeggs@pt-law.com, hhoffman@pt-law.com, lswift@pt-law.com

Gregory Donald Boos: gdboos@cascadia.com, gdboos@gmail.com

W. Scott Railton: srailton@cascadia.com

Kristin Berger Johnson: kristin.b.johnson@usdoj.gov, amy.hanson@usdoj.gov, CaseView.ECF@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, hana.yiu@usdoj.gov

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participants by U.S. Mail:

N/A

DATED: July 5, 2018

*s/Karrie Fielder*
Karrie Fielder

ORDER GRANTING AGENT EGBERT'S MOTION FOR
SUMMARY JUDGMENT (No. 2:17-cv-00106-RSM) - 4

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343