HONORABLE RICARDO S MARTINEZ

BREEAN L. BEGGS, WSBA # 20795
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave., Ste. 560
Spokane, WA  99201
(509) 232-7760

GREG BOOS, WSBA #8331
W. SCOTT RAILTON, WSBA #28413
CASCADIA CROSS-BORDER LAW
1305 11th St., Ste. 301
Bellingham, WA  98225
(360) 671-5945

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BOULE, <br><br> Plaintiff, <br><br> vs. <br><br> ERIK EGBERT and JANE DOE EGBERT and their marital community, <br><br> Defendants. | NO. 2:17-CV-00106-RSM <br><br> **DECLARATION (WITH EXHIBITS) OF ROBERT BOULE** |

# FILED UNDER SEAL

**CERTIFICATE OF SERVICE**:

I hereby certify that on the 5th day of July 2018, I electronically filed and served a copy of this document using the CM/ECF filing system which will send notification of such filing to the following:

Breean Lawrence Beggs     bbeggs@pt-law.com, hhoffman@pt-law.com

W Scott Railton     srailton@cascadia.com

Gregory D. Boos     gdboos@cascadia.com

Geoffrey M. Grindeland     ggrindeland@millsmeyers.com,

Nikki C. Carsley     ncarsley@millsmeyers.com, aarmitage@millsmeyers.com

Kristin Berger Johnson   Kristin.B.Johnson@usdoj.gov, amy.hanson@usdoj.gov, CaseView.ECF@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, hana.yiu@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s/Breean L. Beggs*
Breean L. Beggs, WSBA #20795