# Exhibit 1

Return to:
Sam Peach
515 BNB Bldg.
Bellingham, WA 98225

1576936 RECORDED

E A S E M E N T   JUL 2  3 35 PM '87

FOR a valuable consideration, receipt of which is hereby acknowledged, the Grantors JACK GREGORY and DORIS ROSE GREGORY, husband and wife hereby grants and conveys to DARRELL S. and MAUREEN E. GRAHAM, husband and wife their successors, heirs and assigns a permanent right-of-way easement for ingress, egress and utilities over, under, and across the following described real property, described as:

PARCEL "A" THE EAST 60 FEET OF THE SOUTH HALF OF GOVERNMENT LOT 3, SECTION 32, TOWNSHIP 41 NORTH, RANGE 1 EAST OF W.M., WHATCOM COUNTY, WASHINGTON

PARCEL "B"
THE EAST 60 FEET OF THE NORTH 33.95 ACRES OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 32, TOWNSHIP 41 NORTH, RANGE 1 EAST OF W.M., SUBJECT TO RESERVATIONS AND RESTRICTIONS OF RECORD.

_____
JACK GREGORY

Dated 17th June, 1987

_____
DORIS ROSE GREGORY

STATE OF WASHINGTON )
                    ) SS.
COUNTY OF WHATCOM   )

On this day personally appeared before me JACK GREGORY AND DORIS ROSE GREGORY, to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 17 day of June, 1987.

_____
NOTARY PUBLIC in and for the State of Washington, residing at _____

VOL 045 PAGE 1095