# Exhibit 5



# Exhibit 6

