The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BOULE,

    Plaintiff,

v.

ERIK EGBERT, et. al.,

    Defendants.

No. C-17-106-RSM

**JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO PAY ATTORNEY'S FEES AND COSTS**

COMES NOW Agent Egbert, by and through his counsel, Geoffrey M. Grindeland and Nikki C. Carsley, and the U.S. Customs and Border Protection ("CBP") and the U.S. Immigration and Customs Enforcement ("ICE"), by and through their counsel, Annette L. Hayes, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to Local Rule 7(j) and 10(g), and hereby jointly stipulate and agree as follows:

WHEREAS the Court issued an Order on June 27, 2018, directing CBP and ICE to pay Agent Egbert attorney's fees in the amount of $10,444.00 and costs in the amount of $63.05, for a total award of $10,507.05. Dkt. 92. The Court ordered the government to pay the fees and costs no later than 30 days from the date of the Order. *Id.*

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE FOR GOVERNMENT TO PAY ATTORNEY'S
FEES AND COSTS - 1
(C17-106-RSM)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

WHEREAS the government received approval from the Judgment Fund for payment of these fees and costs, and a claim form was submitted on July 6, 2018. Whereas the government requested that the payment be made no later than July 27, 2018. But the Judgment Fund is typically taking four weeks to process claims. The parties are also working together to resolve an issue over what information the Judgment Fund needs to process the claim.

WHEREAS the parties agree that CBP and ICE may need additional time to process this payment and respectfully request that the government be given an additional 30 days, until August 27, 2018 to make the payment.

NOW THEREFORE, Agent Egbert, CBP, and ICE, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. The deadline for CBP and ICE to pay the attorney's fees and costs ordered in the Court's June 27, 2018 Order is extended from July 27, 2018 to August 27, 2018.

SO STIPULATED.
DATED this 16th day of July, 2018.

ANNETTE L. HAYES
United States Attorney


 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for CBP and ICE

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE FOR GOVERNMENT TO PAY ATTORNEY'S
FEES AND COSTS - 2
(C17-106-RSM)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

SO STIPULATED.
DATED this 16th day of July, 2018.

*s/Nikki C Carsley*
Geoffrey M. Grindeland, WSBA No. 35798
Nikki C. Carsley, WSBA No. 46650
Mills Meyers Swartling P.S.
1000 2nd Avenue, 30th Floor
Seattle, WA  98104
Telephone: (206) 382-1000
E-mail: ggrindeland@millsmeyers.com
         ncarsley@millsmeyers.com
Attorneys for Agent Egbert

## ORDER

IT IS SO ORDERED.

DATED this 17 day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER EXTENDING
DEADLINE FOR GOVERNMENT TO PAY ATTORNEY'S
FEES AND COSTS - 3
(C17-106-RSM)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington  98101-1271**
**(206) 553-7970**