UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BOULE,

        Plaintiff,

  v.

ERIK EGBERT and JANE DOE EGBERT and their marital community,

        Defendants.

ERIK EGBERT,

        Counterclaimant,

  v.

ROBERT BOULE,

        Counterdefendant.

No. 2:17-cv-00106-RSM

STIPULATED MOTION AND ORDER OF DISMISSAL OF CERTAIN CLAIMS

## STIPULATED MOTION

It is hereby stipulated by all parties that the following claims should be dismissed with prejudice under FRCP 41 without an award of fees or costs to any party:

- Agent Egbert's anti-SLAPP counterclaim;
- Mr. Boule's Fourteenth Amendment claim;

STIPULATED ORDER OF DISMISSAL
OF CERTAIN CLAIMS (No. 2:17-cv-00106-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| 1 | • Mr. Boule's negligence claim; and |
| 2 | • Mr. Boule's claim for an award of attorney's fees and costs under 42 U.S.C. § 1988 |
| 3 | and 28 U.S.C. § 2412(b). |

Agent Egbert hereby strikes as moot the relevant sections from his pending Motion for Summary Judgment, (Dkt. 102 at 19–20, 21–24), and Mr. Boule hereby strikes as moot his pending Motion for Summary Judgment on Anti-SLAPP Counterclaim, (Dkt. 97). The parties jointly request that the Court enter the Order of Dismissal below.

DATED: August 2, 2018

| | |
|---|---|
| PAUKERT & TROPPMANN, PLLC<br>Attorneys for Plaintiff | MILLS MEYERS SWARTLING P.S.<br>Attorneys for Agent Erik Egbert |
| By: *s/Breean L. Beggs per 8/1/2018 e-mail authority*<br>Breean L. Beggs, WSBA No. 20795<br>Paukert & Troppmann, PLLC<br>522 W Riverside Ave, Ste 560<br>Spokane, WA 99201<br>Telephone: (509) 232-7760<br>Fax: (509) 232-7762<br>E-mail: bbeggs@pt-law.com | By: *s/Nikki C. Carsley*<br>Geoffrey Grindeland, WSBA No. 35798<br>Nikki C. Carsley, WSBA No. 46650<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>       ncarsley@millsmeyers.com |

**ORDER OF DISMISSAL**

Based on the foregoing, IT IS ORDERED that the following claims are DISMISSED with prejudice under FRCP 41 without an award of fees or costs to any party: Agent Egbert's anti-SLAPP counterclaim, Mr. Boule's Fourteenth Amendment claim, Mr. Boule's negligence claim, and Mr. Boule's claim for an award of attorney's fees and costs under 42 U.S.C. § 1988 and 28 U.S.C. § 2412(b). Plaintiff's Motion for Summary Judgment on Anti-SLAPP Counterclaim (Dkt. #97) is STRICKEN AS MOOT.

STIPULATED ORDER OF DISMISSAL
OF CERTAIN CLAIMS (No. 2:17-cv-00106-RSM) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

DATED: August 2, 2018

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL
OF CERTAIN CLAIMS (No. 2:17-cv-00106-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343