# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT BOULE,

    Plaintiff,

v.

ERIK EGBERT, *et al.*,

    Defendants.

No. C17-0106-RSM

ORDER STRIKING TRIAL DATE AND RELATED CASE DEADLINES

This matter comes before the Court *sua sponte* and on the U.S. Court of Appeals for the Ninth Circuit's June 15, 2021 order recalling and staying the mandate. Dkt. #169. Upon Defendants' unopposed motion, the Ninth Circuit has recalled and stayed the mandate for a period not to exceed 90 days pending the filing of a petition for writ of certiorari in the U.S. Supreme Court. *Id.*

Accordingly, the Court STRIKES the trial date and related deadlines in this matter, Dkt. #168, and DIRECTS parties to file a stipulated motion upon conclusion of the stay setting forth a proposed case schedule.

//

//

ORDER STRIKING TRIAL DATE AND
RELATED CASE DEADLINES - 1

DATED this 21st day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING TRIAL DATE AND
RELATED CASE DEADLINES - 2